UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT
MIAMI DIVISION

STILLWATER INSURANCE COMPANY,

                Plaintiff,

v.

DONALD JACOBS, ARMAND D. TOUBOUL
and DANIELLE N. TOUBOUL,

                Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

This is an action for declaratory judgment pursuant to  28 U.S.C. § 2201 seeking a declaration that there was no coverage under the applicable policy for the referenced claim, and as grounds STILLWATER INSURANCE COMPANY ("Stillwater") states:

### Summary of The Nature Of The Action

On or about May 31, 2018, Defendant, Donald Jacobs, (hereinafter referred to as "Jacobs") filed suit in Miami-Dade County Circuit Court for damages and injunctive relief against the Co-Defendants, Armand D. Touboul and Danielle N. Touboul (hereinafter referred to collectively herein as "the Toubouls") for Slander, Slander *Per Se* and Civil Conspiracy. Specifically, Jacobs alleges that while campaigning for re-election to serve on the Board of Directors for the Bellini Condominium where all defendants reside(d) at the time, the Toubouls disseminated false and malicious rumors about him to other residents with the intent to damage his campaign and reputation. The consequences of their alleged actions, resulted in Jacobs losing his campaign for re-election as well as damage to the reputations  of Jacobs and his family.

Stillwater issued a policy of homeowners' insurance to the Toubouls which included coverage for personal injuries, as well as certain exclusions. Stillwater was placed on notice of the aforementioned lawsuit by the Toubouls and provided a defense to its insureds under a Reservation of Rights; however, it remains in doubt as to its rights, duties and obligations under the contract of insurance and seeks the Court's guidance and ruling.

### Parties, Jurisdiction and Venue

1. Stillwater, a Foreign Profit Corporation, is incorporated in and a citizen of California with its principal place of business located in Santa Barbara, California.

2. The Defendant, Donald Jacobs, is an individual and resident/citizen of Florida. His address is: His address is: 10225 Collins Avenue, #502 and #504, Miami Beach, Florida 33154-1402.

3. The Defendant, Armand D. Touboul, is an individual and resident/citizen of Florida. His address is: 10225 Collins Avenue, #702, Miami Beach, Florida 33154-1402.

4. The Defendant, Danielle N. Touboul, is an individual and resident/citizen of Florida. Her address is: 10225 Collins Avenue, #702, Miami Beach, Florida 33154-1402.

5. Stillwater issued a policy of insurance to the Toubouls, number CP4012655, (the "Policy"), a complete copy of which is attached hereto as **Exhibit 1.**

6. Jacobs seeks monetary damages in excess of $75,000.00.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 in that it is an action between citizens of different states in which the amount in controversy exceeds the jurisdictional requirement.

8.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, *inter alia*, the Defendants reside in this District and the alleged tortious conduct occurred in this District. Moreover, all anticipated witnesses reside within this District as well.

## Background

9.    Stillwater issued the policy for homeowners/property insurance (Exhibit 1) with an effective date of March 10, 2017 to March 10, 2018. The policy included the following provision:

PERSONAL INJURY COVERAGE – FLORIDA:

SECTION II – LIABILITY COVERAGES

A.  Coverage E – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

(Please see Policy at Page 14 of 21; HO 00 06 05 11).

10.    The **EXCLUSIONS** portion of the Policy provides that:

E.    Coverage E – Personal Liability And Coverage F – Medical Payments to Others

Coverage E and F do not apply to the following:

1. Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage";

      a. Is of a different kind, quality or degree than initially expected or intended; or

      b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

      (Please see Policy at Page 16 of 21; HO 00 06 05 11).

**11.**    The Personal Injury Endorsement to the policy further provides:

      DEFINITIONS

      The following definition is added:

      "Personal Injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

      4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

      SECTION I – LIABILITY COVERAGES

    A.  Coverage E – Personal Liability

      The following is added to Coverage E – Personal Liability:
Personal Injury Coverage

      …we will:

   1.  Pay up to our limit of liability for the damages for which an "insured" is legally liable…

   2.  Provide a defense at our expense…

      Section II – EXCLUSIONS

This insurance does not apply to:

1. "Personal injury:

   a. Caused by or at the direction of an "Insured" *with the knowledge* that the act would violate the rights of another and would inflict "personal injury";

   b. Arising out of oral or written publication of material, if done by or at the direction of an "Insured" *with knowledge of its falsity*;  (emphasis added)

(Please see Personal Injury Endorsement to Policy at Page 1 of 3;  HO 23 83 05 13).

12.    All three Defendants were, at all times material, and are residents of Bellini Condominium in Bal Harbour, Miami-Dade County.

13.    In addition to being residents, the Defendants were members of the Bellini Condominium Association which exists to serve and represent the residents of Bellini Condominium.

14.    A Board of Directors governs the association. The members of the board are elected annually by the members of the association.

15.    Danielle Touboul served as President of the Bellini Condominium association in 2017; campaigned for the position again in 2018 and won re-election.

16.    Jacobs served as Treasurer of the Bellini Condominium in 2017; he campaigned to win re-election for the position in 2018.

17.    Jacobs started his campaign (for the 2018 position) in late 2017 and was ultimately not re-elected.

18.     On or about May 31, 2018 Jacobs filed a three count Complaint against the Toubouls in Miami-Dade Circuit Court alleging Slander, Slander *Per Se,* Civil Conspiracy and seeking Injunctive Relief. See **Exhibit 2** attached hereto.

19.     Jacobs alleged he lost the re-election and was otherwise damaged by the Toubouls knowingly and maliciously disseminating false statements to residents of the condominium; specifically that he was anti-Semitic and had said there were "too many Jews" at Bellini Condominium.

20.     Count I of the Complaint "Slander and Slander *Per Se*" states as follows:

a.     Paragraph 24 - "Defendants (the Toubouls) made these statements with the full knowledge that these statements and accusations are false, and with malicious *intent* to cause Mr. Jacobs grievous harm to try to force him to cease his participation in the affairs of Bellini Condominium and Board of Directors."

**b.**     Paragraph 25 - "The false statements made about Mr. Jacobs were *intended* to bring Mr. Jacobs into ill repute and destroy confidence in his integrity."

**c.**     Paragraph 27 – "Defendants made these false statements maliciously and oppressively, *with actual malice*, ill will, and *intent* to defame and injure Mr. Jacobs. The slanderous statements were calculated to inflict injury on Mr. Jacobs, to destroy his standing in the Bellini Condominium community and to force him to acquiesce to the demands of the Defendants. Thus, these slanderous statements constitute unconscionable and unjustifiable conduct." (emphasis added)

21.     On or about July 18, 2018, following notice of the aforementioned lawsuit, the Toubouls requested Stillwater defend and indemnify them pursuant to the policy.

22.     In correspondence dated July 27, 2018, Stillwater advised the Toubouls that its, Stillwater's, duties and obligations toward them under the policy were in doubt as it relates the claims alleged in the state court Complaint; specifically that the conduct alleged appeared to fall under the Exclusion Section of the Personal Injury Endorsement.  See letter attached as **Exhibit 3.**

23. The correspondence further advised that Stillwater was providing the Toubouls with a defense under a Reservation of Rights.

24. Litigation and discovery continues to take place in the state court action; Stillwater has and continues to advance a defense to the Toubouls despite the allegations and discovery to date which appears to support the contention that the Toubouls knowingly and intentionally engaged in this campaign to harm Jacobs' campaign and reputation.

**Claim for Declaratory Relief**

25. Stillwater seeks a determination that it is under no duty to advance defense costs on behalf of the Toubouls in the *Jacobs v. Touboul* state court action because their alleged conduct falls within the Personal Injury exclusion outlined herein where the Toubouls knowingly spreading false defamatory statements to the detriment of Jacobs.

26. Furthermore, Stillwater seeks a determination that *no* coverage for this claim/lawsuit similarly exists and it is not required or obligated to indemnify the Toubouls per the Personal Injury exclusion and remainder of the policy.

WHEREFORE, Stillwater, respectfully requests that the Court enter judgment in its favor and against the Defendants herein, award it its costs and any other relief deemed just and appropriate.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Service of Summons this 20th day of October 2020 to the following:

at:

> SCHAROME R. WOLFE, P.A.
> d/b/a MY LEGAL WOLFE
> 7380 Sand Lake Rd. Suite 500
> Orlando, FL 32819

(407) 363-7085 / (407) 250-8496 Fax
Pleadings@MyLegalWolfe.com


BY:   /s/ Scharome Wolfe
      SCHAROME WOLFE, ESQ.
      Florida Bar No.  0672947
      JESSICA YOUNG-POLSTEIN, ESQ.
      Florida Bar No. 51730



**STILLWATER**
PROPERTY & CASUALTY
INSURANCE COMPANY
PO Box 45126, Jacksonville, FL 32232-5126

April 9, 2019

This is to certify that the attached is a true and exact copy of policy number CP4012655 issued to ARMAND TOUBOUL and DANIELLE N TOUBOUL from the Stillwater Property and Casualty Insurance company as it existed on November 14, 2017.

Mary Godberson, Claims Administration
Stillwater Property & Casualty Insurance Company

On April 9, 2019 Mary Godberson appeared before me, known to me personally. By signature and stamp know that this was signed in my presence and that I personally know this to be true and accurate.

Notary Public

TRACY BOYCE
General Notary - State of Nebraska
My Commission Expires Nov 28, 2022

STILLWATER INSURANCE GROUP
ASSURE-US
1880 NE 163RD ST
NORTH MIAMI BEACH FL  33162-4867

We appreciate your business!

PLEASE NOTE THIS UPDATED NUMBER:
TO REPORT A CLAIM PLEASE CALL 1(800)220-1351

79    ARMAND TOUBOUL
      DANIELLE N TOUBOUL
      10225 COLLINS AVE #702
      MIAMI BEACH FL 33154-1402

STILLWATER INSURANCE GROUP
ASSURE-US
1880 NE 163RD ST
NORTH MIAMI BEACH FL  33162-4867

We appreciate your business!

79    ARMAND TOUBOUL
      DANIELLE N TOUBOUL
      10225 COLLINS AVE #702
      MIAMI BEACH FL 33154-1402

PLEASE NOTE THIS UPDATED NUMBER:
TO REPORT A CLAIM PLEASE CALL 1(800)220-1351

0079000000000012655170b2          29C1B



**STILLWATER**
PROPERTY & CASUALTY
INSURANCE COMPANY

4905 Belfort Road, Suite 110
Jacksonville, FL 32256
For Service call 1-800-849-6140
For Claims call 1-800-220-1351

**POLICY NUMBER**
CP4012655
**HOMEOWNERS 6 UNIT OWNERS FORM**
Client ID   000006359741
**EFFECTIVE DATE 03/10/2017**
**EXPIRATION DATE 03/10/2018**

**COVERAGE**
**DECLARATION**

**RENEWAL**

**INSURED**
**ARMAND** TOUBOUL
**DANIELLE N** TOUBOUL
10225 COLLINS AVE #702
MIAMI BEACH FL 33154-1402

**AGENT**
**ASSURE-US**
1880 NE 163RD ST
NORTH MIAMI BEACH FL  33162-4867
(305) 956-7818

**LOCATION OF RESIDENCE PREMISES**     10225 COLLINS AVE #702  MIAMI BEACH FL 33154-1402
**EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE**

**SECTION I**
**PROPERTY COVERAGES**

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $200,000 | | $106,100 | $42,440 | SINKHOLE 10% – $10610 ALL OTHER PERIL $1000 |

**SECTION II LIABILITY COVERAGES**

| COVERAGE E - PERSONAL LIABILITY | | COVERAGE F - MED PAY TO OTHERS | |
|---|---|---|---|
| $300,000 | EACH OCCURRENCE | $2,000 | EACH PERSON |

| | LIMIT | PREMIUM/CREDIT |
|---|---|---|
| COVERAGE A - DWELLING | $200,000 | |
| COVERAGE C - PERSONAL PROPERTY | $106,100 | |
| COVERAGE D - LOSS OF USE | $42,440 | |
| COV E - PERSONAL LIABILITY | $300,000 | |
| COV F - MED PAY TO OTHERS | $2,000 | |
| HOME ALERT PROTECTION | | |
| WINDSTORM OR HAIL EXCLUSION | | |
| WIND EXT PAINT & WATER EXCL | | |
| MOLD $15,000 | | |
| DISCOUNTS: | | |
| BCEGS ADJ | | |

The Hurricane portion of your Total Premium is: $
The Non-Hurricane portion of your Total Premium is: $          TOTAL POLICY PREMIUM $

MORTGAGEE(S):                                                        LOAN #

# THIS POLICY EXCLUDES WINDSTORM AND HAIL COVERAGE

**SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS.**

I1515H (08-03)          **INSURED**          FL     03/03/2017     X37 000 IDA7950

0079000000000012655517062          00003

## AMENDMENT PROVISION

If the Declarations indicates your policy is amended, it will be effective on the date shown, and will provide the indicated insurance. Such amended Declarations replaces all prior Declarations. All other terms, conditions, agreements or limitations of the policy, other than contained on the Declarations shall remain the same.

### FORMS, ENDORSEMENTS AND NOTICES

| | | | |
|---|---|---|---|
| * | HO 00 06 | 05 11 | HOMEOWNERS 6 UNIT OWNERS FORM |
| * | A6120 FL | 03 15 | PRIVACY AND ITS PROTECTION |
| | A6121 FL | 07 06 | SATELLITE DISH EXCLUSION |
| | A6123 FL | 10 10 | DOG LIABILITY EXCLUSION |
| | A6125 FL | 06 05 | MORTGAGE CLAUSE |
| | A6141 FL | 10 10 | DEDUCTIBLE OPTIONS-HURRRICANE |
| * | DOG EXCL SPC | 04 16 | DOG LIABILITY EXCLUSION NOTICE |
| | FNIC DN FL | 01 06 | FLORIDA DISCLOSURE NOTICE |
| * | FN1249 SPC | 10 15 | ADVISORY NOTICE POLICYHOLDERS |
| * | FN1304 SPC | 10 15 | SPECIAL PROVISIONS - FLORIDA |
| * | FN1305 SPC | 10 15 | FUNGI,WET/DRY ROT BACT COV- FL |
| * | FN1306 SPC | 10 15 | FUNGI,WET/DRY ROT BACT EXCL-FL |
| * | FN1324 | 12 09 | ORD OR LAW COVERAGE SELECTION |
| * | FN1335 FNPAC | 07 13 | CHECKLIST OF COVERAGE |
| * | FN1470 | 10 07 | ADVISORY NOTICE POLICYHOLDERS |
| * | FN1509 | 12 07 | ADVISORY NOTICE POLICYHOLDERS |
| * | FN1686 FL | 10 15 | NO COVERAGE HOME DAY CARE BUS |
| * | FN1739 SPC | 10 15 | SINKHOLE LOSS COVERAGE DED-FL |
| * | FN1740 SPC | 10 15 | LIMITATION ON DAMAGE TO FLOORS |
| * | FN1829 | 10 15 | ADVISORY NOTICE POLICYHOLDER |
| | HO 04 16 | 10 00 | PREMISES ALARM/FIRE PROTECTION |
| | HO 04 77 | 10 00 | ORDINANCE OR LAW INCR AMT COV |
| * | HO 04 89 | 05 13 | WINDSTORM OR HAIL EXCLUSION-FL |
| | HO 23 66 | 01 06 | SPECIAL NOTICE - FLORIDA |
| * | HO 23 70 | 05 13 | WINDSTORM EXTERIOR PAINT |
| * | HO 24 83 | 05 13 | PERSONAL INJURY COVERAGE - FL |
| * | HO 25 93 | 05 13 | SINKHOLE LOSS COVERAGE - FL |
| * | OIRB11655 0210 | | NOTICE OF PREMIUM DISCOUNTS |
| * | PRIVACY | 05 12 | PRIVACY STATEMENT |

DATE: 03/03/2017                    COUNTERSIGNED BY:



**STILLWATER**
PROPERTY & CASUALTY
INSURANCE COMPANY

**RENEWAL**

4905 Belfort Road, Suite 110
Jacksonville, FL 32256
For Service call 1-800-849-6140
For Claims call 1-800-220-1351

**COVERAGE
DECLARATION**

POLICY NUMBER
CP4012655
HOMEOWNERS 6 UNIT OWNERS FORM
Client ID   000006359741
**EFFECTIVE DATE 03/10/2017
EXPIRATION DATE 03/10/2018**

INSURED
ARMAND TOUBOUL
DANIELLE N TOUBOUL
10225 COLLINS AVE #702
MIAMI BEACH FL 33154-1402

AGENT
ASSURE-US
1880 NE 163RD ST
NORTH MIAMI BEACH FL 33162-4867
(305) 956-7818

LOCATION OF RESIDENCE PREMISES        10225 COLLINS AVE #702  MIAMI BEACH FL 33154-1402
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

**SECTION I
PROPERTY COVERAGES**

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $ 200,000 | | $ 106,100 | $ 42,440 | SINKHOLE 10% - S10610 ALL OTHER PERIL $1000 |

**SECTION II LIABILITY COVERAGES**

| COVERAGE E - PERSONAL LIABILITY $ 300,000 EACH OCCURRENCE | COVERAGE F - MED PAY TO OTHERS $ 2,000 EACH PERSON |
|---|---|

BLDG ORDINANCE/LAW COV - 25%
SINKHOLE COLLAPSE-10% DED
PERSONAL INJURY COVERAGE
EMPA TRUST FUND SURCHARGE
MGA FEE-FULLY EARNED

LIMIT        PREMIUM/CREDIT

DISCOUNTS:
BCEGS ADJ $54.43, CLAIM FREE $158.38, NON-HURRICANE AGE OF HOME $118.69-

The Hurricane portion of your Total Premium is: $ ▇▇
The Non-Hurricane portion of your Total Premium is: $ ▇▇▇▇▇      TOTAL POLICY PREMIUM $ 1▇▇▇▇▇

MORTGAGEE(S):                                                          LOAN #

# THIS POLICY EXCLUDES WINDSTORM AND HAIL COVERAGE

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS.

I1515H (08-03)        INSURED        FL      03/03/2017      X37 000 IDA7950

0079000000000012b55170b2          00003

AMENDMENT PROVISION

If the Declarations indicates your policy is amended, it will be effective on the date shown, and will provide the indicated insurance. Such amended Declarations replaces all prior Declarations. All other terms, conditions, agreements or limitations of the policy, other than contained on the Declarations shall remain the same.

**FORMS, ENDORSEMENTS AND NOTICES**

DATE: 03/03/2017                    COUNTERSIGNED BY:

# HOMEOWNERS 6 – UNIT-OWNERS FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

A. In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

B. In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in b. below, mean the following:

   a. Liability for "bodily injury" or "property damage" arising out of the:

      (1) Ownership of such vehicle or craft by an "insured";

      (2) Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

      (3) Entrustment of such vehicle or craft by an "insured" to any person;

      (4) Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

      (5) Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   b. For the purpose of this definition:

      (1) Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

      (2) Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

      (3) Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

      (4) Motor vehicle means a "motor vehicle" as defined in 7. below.

2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. "Business" means:

   a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b. Any other activity engaged in for money or other compensation, except the following:

      (1) One or more activities, not described in (2) through (4) below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      (2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

      (3) Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

      (4) The rendering of home day care services to a relative of an "insured".

4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

5. "Insured" means:

   a. You and residents of your household who are:

      (1) Your relatives; or

      (2) Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

   b. A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

      (1) 24 and your relative; or

      (2) 21 and in your care or the care of a resident of your household who is your relative; or

© Insurance Services Office, Inc., 2010

c. Under Section II:

   (1) With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in 5.a. or b. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

   (2) With respect to a "motor vehicle" to which this policy applies:

      (a) Persons while engaged in your employ or that of any person described in 5.a. or b.; or

      (b) Other persons using the vehicle on an "insured location" with your consent.

Under both Sections I and II, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

  a. The "residence premises";

  b. The part of other premises, other structures and grounds used by you as a residence; and

    (1) Which is shown in the Declarations; or

    (2) Which is acquired by you during the policy period for your use as a residence;

  c. Any premises used by you in connection with a premises described in a. and b. above;

  d. Any part of a premises:

    (1) Not owned by an "insured"; and

    (2) Where an "insured" is temporarily residing;

  e. Vacant land, other than farm land, owned by or rented to an "insured";

  f. Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

  g. Individual or family cemetery plots or burial vaults of an "insured"; or

  h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

7. "Motor vehicle" means:

  a. A self-propelled land or amphibious vehicle; or

  b. Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in a. above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

  a. "Bodily injury"; or

  b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

  a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

  b. One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means the unit where you reside shown as the "residence premises" in the Declarations.

## SECTION I – PROPERTY COVERAGES

### A. Coverage A – Dwelling

1. We cover:

  a. The alterations, appliances, fixtures and improvements which are part of the building contained within the "residence premises";

  b. Items of real property which pertain exclusively to the "residence premises";

  c. Property which is your insurance responsibility under a corporation or association of property owners agreement; or

  d. Structures owned solely by you, other than the "residence premises", at the location of the "residence premises".

© Insurance Services Office, Inc., 2010

2. We do not cover:

   a. Land, including land on which the "residence premises", real property or structures are located;

   b. Structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   c. Structures from which any "business" is conducted; or

   d. Structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**B. Coverage C – Personal Property**

1. **Covered Property**

   We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

2. **Limit For Property At Other Locations**

   a. **Other Residences**

      Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

          (a) Being repaired, renovated or rebuilt; and

          (b) Not fit to live in or store property in; or

      (2) In a newly acquired principal residence for 30 days from the time you begin to move the property there.

   b. **Self-storage Facilities**

      Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

      (1) Moved from the "residence premises" because it is:

          (a) Being repaired, renovated or rebuilt; and

          (b) Not fit to live in or store property in; or

      (2) Usually located in an "insured's" residence, other than the "residence premises".

3. **Special Limits Of Liability**

   The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage C limit of liability.

   a. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

   b. $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

      This limit includes the cost to research, replace or restore the information from the lost or damaged material.

   c. $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

   d. $1,500 on trailers or semitrailers not used with watercraft of all types.

   e. $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

   f. $2,500 for loss by theft of firearms and related equipment.

   g. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

    h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.

    i. $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

       (1) Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

       (2) In or upon a "motor vehicle".

    j. $1,500 on portable electronic equipment that:

       (1) Reproduces, receives or transmits audio, visual or data signals;

       (2) Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

       (3) Is in or upon a "motor vehicle".

    k. $250 on antennas, tapes, wires, records, disks or other media that are:

       (1) Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

       (2) In or upon a "motor vehicle".

**4. Property Not Covered**

We do not cover:

    a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

    b. Animals, birds or fish;

    c. "Motor vehicles".

      This includes a "motor vehicle's" equipment and parts.

      However, this Paragraph 4.c. does not apply to:

       (1) Portable electronic equipment that:

         (a) Reproduces, receives or transmits audio, visual or data signals; and

         (b) Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

       (2) "Motor vehicles" not required to be registered for use on public roads or property which are:

         (a) Used solely to service a residence; or

         (b) Designed to assist the handicapped;

    d. Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

      We do cover model or hobby aircraft not used or designed to carry people or cargo;

    e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

    f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

    g. Property in an apartment regularly rented or held for rental to others by an "insured";

    h. Property rented or held for rental to others off the "residence premises";

    i. "Business" data, including such data stored in:

       (1) Books of account, drawings or other paper records; or

       (2) Computers and related equipment.

      We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

    j. Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in D.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages; or

    k. Water or steam.

**C. Coverage D – Loss Of Use**

The limit of liability for Coverage D is the total limit for the coverages in 1. Additional Living Expense, 2. Fair Rental Value and 3. Civil Authority Prohibits Use below.

**1. Additional Living Expense**

    If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

© Insurance Services Office, Inc., 2010

HO 00 06 05 11

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair such premises.

**3. Civil Authority Prohibits Use**

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in 1. Additional Living Expense and 2. Fair Rental Value above for no more than two weeks.

**4. Loss Or Expense Not Covered**

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under 1. Additional Living Expense, 2. Fair Rental Value and 3. Civil Authority Prohibits Use above are not limited by expiration of this policy.

**D. Additional Coverages**

**1. Debris Removal**

a. We will pay your reasonable expense for the removal of:

(1) Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

(2) Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

b. We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

(1) Trees you solely own felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

(2) A neighbor's trees felled by a Peril Insured Against under Coverage C;

provided the trees damage a covered structure.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

**2. Reasonable Repairs**

a. We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

b. If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

(1) Increase the limit of liability that applies to the covered property; or

(2) Relieve you of your duties, in case of a loss to covered property, described in C.4. under Section I – Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, you solely own at the location of the "residence premises", for loss caused by the following Perils Insured Against:

a. Fire or Lightning;

b. Explosion;

c. Riot or Civil Commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of the "residence premises";

f. Vandalism or Malicious Mischief; or

g. Theft.

We will pay up to 10% of the limit of liability that applies to Coverage C for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

a. We will pay up to $500 for:

(1) The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

(2) Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

(3) Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

(4) Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

b. We do not cover:

(1) Use of a credit card, electronic fund transfer card or access device:

(a) By a resident of your household;

(b) By a person who has been entrusted with either type of card or access device; or

(c) If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

(2) Loss arising out of "business" use or dishonesty of an "insured".

c. If the coverage in a. above applies, the following defense provisions also apply:

(1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

(2) If a suit is brought against an "insured" for liability under a.(1) or (2) above, we will provide a defense at our expense by counsel of our choice.

(3) We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under a.(3) above.

**7. Loss Assessment**

a. We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage A, other than:

(1) Earthquake; or

(2) Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

© Insurance Services Office, Inc., 2010

HO 00 06 05 11

c. Paragraph **Q. Policy Period** under Section I – Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

a. The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

b. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

c. This Additional Coverage – Collapse does not apply to:

   (1) A building or any part of a building that is in danger of falling down or caving in;

   (2) A part of a building that is standing, even if it has separated from another part of the building; or

   (3) A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

d. We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

   (1) The Perils Insured Against named under Coverage C;

   (2) Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

   (3) Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

   (4) Weight of contents, equipment, animals or people;

   (5) Weight of rain which collects on a roof; or

   (6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

e. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under d.(2) through (6) above, unless the loss is a direct result of the collapse of a building or any part of a building.

f. This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

a. We cover:

   (1) The breakage of glass or safety glazing material which is part of a building, storm door or storm window and covered under Coverage A;

   (2) The breakage of glass or safety glazing material which is part of a building, storm door or storm window and covered under Coverage A when caused directly by earth movement; and

   (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

   (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

   (2) To the "residence premises" if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in a.(2) above. A building being constructed is not considered vacant.

c. This coverage does not increase the limit of liability that applies to the damaged property.

© Insurance Services Office, Inc., 2010

10. **Ordinance Or Law**

   a. You may use up to **10%** of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

      (1) The construction, demolition, remodeling, renovation or repair of that part of property covered under Coverage A damaged by a Peril Insured Against;

      (2) The demolition and reconstruction of the undamaged part of property covered under Coverage A, when that property must be totally demolished because of damage by a Peril Insured Against to another part of that property covered under Coverage A; or

      (3) The remodeling, removal or replacement of the portion of the undamaged part of property covered under Coverage A necessary to complete the remodeling, repair or replacement of that part of the property covered under Coverage A damaged by a Peril Insured Against.

   b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

   c. We do not cover:

      (1) The loss in value to any property covered under Coverage A due to the requirements of any ordinance or law; or

      (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any property covered under Coverage A.

      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

11. **Grave Markers**

   We will pay up to $5,000 for grave markers, including mausoleums, away from the "residence premises" for loss caused by a Peril Insured Against.

   This coverage does not increase the limits of liability that apply to the damaged covered property.

**SECTION I – PERILS INSURED AGAINST**

We insure for direct physical loss to the property described in Coverages A and C caused by any of the following perils unless the loss is excluded in Section I – Exclusions.

1. **Fire Or Lightning**

2. **Windstorm Or Hail**

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

   This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

   This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises".

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

© Insurance Services Office, Inc., 2010

HO 00 06 05 11

**8. Vandalism Or Malicious Mischief**

This peril does not include loss to property which pertains to the "residence premises", and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss. A building being constructed is not considered vacant.

**9. Theft**

a. This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

b. This peril does not include loss caused by theft:

(1) Committed by an "insured";

(2) In or to a "residence premises" under construction, or of materials and supplies for use in the construction until the "residence premises" is finished and occupied;

(3) From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

(4) That occurs away from the "residence premises" or the location of the "residence premises" of:

(a) Trailers, semitrailers and campers;

(b) Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

(c) Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

**10. Falling Objects**

This peril does not include loss to the inside of a building or property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to a building or property contained in a building.

This peril does not include loss to an awning, fence, patio, pavement, swimming pool, foundation, retaining wall, bulkhead, pier, wharf, or dock.

**12. Accidental Discharge Or Overflow Of Water Or Steam**

a. This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance. We also pay to tear out and replace any part of a building or other structure owned solely by you which is covered under Coverage A and at the location of the "residence premises", but only when necessary to repair the system or appliance from which the water or steam escaped. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building owned solely by you at the location of the "residence premises".

b. This peril does not include loss:

(1) To or within the "residence premises", if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss. A building being constructed is not considered vacant;

(2) To the system or appliance from which the water or steam escaped;

(3) Caused by or resulting from freezing except as provided in Peril Insured Against 14. Freezing;

(4) To or within the "residence premises" caused by accidental discharge or overflow which occurs away from the building where the "residence premises" is located; or

(5) Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

c. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

d. Section I – Exclusion 3. Water, Paragraphs a. and c. that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against 14. Freezing below.

14. **Freezing**

a. This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the "residence premises" for coverage to apply.

b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

16. **Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

1. **Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion 1.a. does not apply to the amount of coverage that may be provided for in D.10. Ordinance Or Law under Section I – Property Coverages;

b. The requirements of which result in a loss in value to property; or

c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion 1. applies whether or not the property has been physically damaged.

2. **Earth Movement**

Earth Movement means:

a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

b. Landslide, mudslide or mudflow;

c. Subsidence or sinkhole; or

d. Any other earth movement including earth sinking, rising or shifting.

This Exclusion 2. applies regardless of whether any of the above, in 2.a. through 2.d., is caused by an act of nature or is otherwise caused.

However, direct loss by fire, explosion or theft resulting from any of the above, in 2.a. through 2.d., is covered.

3. **Water**

This means:

a. Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

b. Water which:

(1) Backs up through sewers or drains; or

(2) Overflows or is otherwise discharged from a sump, sump pump or related equipment;

© Insurance Services Office, Inc., 2010

HO 00 06 05 11

c. Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

d. Waterborne material carried or otherwise moved by any of the water referred to in 3.a. through 3.c. of this exclusion.

This Exclusion 3. applies regardless of whether any of the above, in 3.a. through 3.d., is caused by an act of nature or is otherwise caused.

This Exclusion 3. applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in 3.a. through 3.d., is covered.

4. **Power Failure**

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

5. **Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War**

War includes the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard**

This Exclusion 7. pertains to Nuclear Hazard to the extent set forth in N. Nuclear Hazard Clause under Section I – Conditions.

8. **Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

9. **Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage A or C by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

## SECTION I – CONDITIONS

A. **Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

1. To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

2. For more than the applicable limit of liability.

B. **Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

1. Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

2. If two or more deductibles under this policy apply to the loss, the highest deductible amount will apply.

C. **Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

1. Give prompt notice to us or our agent;

2. Notify the police in case of loss by theft;

3. Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in D.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages;

4. Protect the property from further damage. If repairs to the property are required, you must:

a. Make reasonable and necessary repairs to protect the property; and

b. Keep an accurate record of repair expenses;

5. Cooperate with us in the investigation of a claim;

6. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

7. As often as we reasonably require:

   a. Show the damaged property;

   b. Provide us with records and documents we request and permit us to make copies; and

   c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

8. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   a. The time and cause of loss;

   b. The interests of all "insureds" and all others in the property involved and all liens on the property;

   c. Other insurance which may cover the loss;

   d. Changes in title or occupancy of the property during the term of the policy;

   e. Specifications of damaged buildings and detailed repair estimates;

   f. The inventory of damaged personal property described in 6. above;

   g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

   h. Evidence or affidavit that supports a claim under D.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages, stating the amount and cause of loss.

**D. Loss Settlement**

Covered property losses are settled as follows:

1. Personal property and grave markers, including mausoleums, at actual cash value at the time of loss but not more than the amount required to repair or replace.

2. Coverage A – Dwelling:

   a. If the damage is repaired or replaced within a reasonable time, at the actual cost to repair or replace;

   b. If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

In this provision, the terms "repaired" or "replaced" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in D.10. Ordinance Or Law under Section I – Property Coverages.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

1. Repair or replace any part to restore the pair or set to its value before the loss; or

2. Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1. Pay its own appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

1. If a loss covered by this policy is also covered by:

   a. Other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

   b. A service agreement, except a service agreement in the name of a corporation or association of property owners, this insurance is excess over any amounts payable under any such agreement.

© Insurance Services Office, Inc., 2010

HO 00 06 05 11

2. Subject to Paragraph G.1., if, at the time of loss, there is other insurance or a service agreement in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance is:

  a. Excess over the amount due under such other insurance or service agreement, whether the corporation or association of property owners has collected that amount or not; and

  b. Primary with respect to any amount of the loss covered by this policy and not due under such other insurance or service agreement because of the application of a deductible.

3. As used in this Paragraph G., a service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

**I. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**J. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;

2. There is an entry of a final judgment; or

3. There is a filing of an appraisal award with us.

**K. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**L. Mortgage Clause**

1. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

  a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

  b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

  c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs F. Appraisal, H. Suit Against Us and J. Loss Payment under Section I – Conditions also apply to the mortgagee.

3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

  a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

  b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**M. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**N. Nuclear Hazard Clause**

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**O. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**P. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

**Q. Policy Period**

This policy applies only to loss which occurs during the policy period.

**R. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**S. Loss Payable Clause**

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**SECTION II – LIABILITY COVERAGES**

**A. Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F – Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

b. Is caused by the activities of an "insured";

c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

d. Is caused by an animal owned by or in the care of an "insured".

**SECTION II – EXCLUSIONS**

**A. "Motor Vehicle Liability"**

1. Coverages E and F do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

a. Is registered for use on public roads or property;

b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

c. Is being:

(1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

(2) Rented to others;

(3) Used to carry persons or cargo for a charge; or

(4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

a. In dead storage on an "insured location";

© Insurance Services Office, Inc., 2010

b. Used solely to service a residence;

c. Designed to assist the handicapped and, at the time of an "occurrence", it is:

  (1) Being used to assist a handicapped person; or

  (2) Parked on an "insured location";

d. Designed for recreational use off public roads and:

  (1) Not owned by an "insured"; or

  (2) Owned by an "insured" provided the "occurrence" takes place:

    (a) On an "insured location" as defined in Definition B.6.a., b., d., e. or h.; or

    (b) Off an "insured location" and the "motor vehicle" is:

      (i) Designed as a toy vehicle for use by children under seven years of age;

      (ii) Powered by one or more batteries; and

      (iii) Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

e. A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

  (1) A golfing facility and is parked or stored there, or being used by an "insured" to:

    (a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

    (b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

    (c) Cross public roads at designated points to access other parts of the golfing facility; or

  (2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

B. "Watercraft Liability"

1. Coverages E and F do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

b. Rented to others;

c. Used to carry persons or cargo for a charge; or

d. Used for any "business" purpose.

2. If Exclusion B.1. does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

a. Is stored;

b. Is a sailing vessel, with or without auxiliary power, that is:

  (1) Less than 26 feet in overall length; or

  (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

c. Is not a sailing vessel and is powered by:

  (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

    (a) 50 horsepower or less and not owned by an "insured"; or

    (b) More than 50 horsepower and not owned by or rented to an "insured"; or

  (2) One or more outboard engines or motors with:

    (a) 25 total horsepower or less;

    (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

    (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

    (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

      (i) You declare them at policy inception; or

(ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in (c) and (d) above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

C. "Aircraft Liability"

This policy does not cover "aircraft liability".

D. "Hovercraft Liability"

This policy does not cover "hovercraft liability".

E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others

Coverages E and F do not apply to the following:

1. Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

a. Is of a different kind, quality or degree than initially expected or intended; or

b. Is sustained by a different person, entity or property than initially expected or intended.

However, this Exclusion E.1. does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. "Business"

a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

This Exclusion E.2. applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

b. This Exclusion E.2. does not apply to:

(1) The rental or holding for rental of an "insured location";

(a) On an occasional basis if used only as a residence;

(b) In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage; and

(2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

3. Professional Services

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

4. "Insured's" Premises Not An "Insured Location"

"Bodily injury" or "property damage" arising out of a premises:

a. Owned by an "insured";

b. Rented to an "insured"; or

c. Rented to others by an "insured";

that is not an "insured location";

5. War

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

a. Undeclared war, civil war, insurrection, rebellion or revolution;

b. Warlike act by a military force or military personnel; or

c. Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

6. Communicable Disease

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions A. "Motor Vehicle Liability", B. "Watercraft Liability", C. "Aircraft Liability", D. "Hovercraft Liability" and E.4. "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E – Personal Liability**

Coverage E does not apply to:

1. Liability:

    a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in D. Loss Assessment under Section II – Additional Coverages;

    b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

        (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

        (2) Where the liability of others is assumed by you prior to an "occurrence";

        unless excluded in a. above or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

    a. Workers' compensation law;

    b. Non-occupational disability law; or

    c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

    a. Is also an insured under a nuclear energy liability policy issued by the:

        (1) Nuclear Energy Liability Insurance Association;

        (2) Mutual Atomic Energy Liability Underwriters;

        (3) Nuclear Insurance Association of Canada;

        or any of their successors; or

    b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definition 5.a. or b.

    This exclusion also applies to any claim made or suit brought against you or an "insured" to:

    a. Repay; or

    b. Share damages with;

    another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F – Medical Payments To Others**

Coverage F does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

    a. Occurs off the "insured location"; and

    b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

    a. Workers' compensation law;

    b. Non-occupational disability law; or

    c. Occupational disease law;

3. From any:

    a. Nuclear reaction;

    b. Nuclear radiation; or

c. Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

### A. Claim Expenses

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

### B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

### C. Damage To Property Of Others

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

a. To the extent of any amount recoverable under Section I;

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

(3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This Exclusion e.(3) does not apply to a "motor vehicle" that:

(a) Is designed for recreational use off public roads;

(b) Is not owned by an "insured"; and

(c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

### D. Loss Assessment

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded from coverage Section II – Exclusions; or

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

(1) Is elected by the members of a corporation or association of property owners; and

(2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph I. Policy Period under Section II – Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

© Insurance Services Office, Inc., 2010

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

## SECTION II – CONDITIONS

### A. Limit Of Liability

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage F Limit Of Liability shown in the Declarations.

### B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

### C. Duties After "Occurrence"

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to C. Damage To Property Of Others under Section II – Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

### D. Duties Of An Injured Person – Coverage F – Medical Payments To Others

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

### E. Payment Of Claim – Coverage F – Medical Payments To Others

Payment under this coverage is not an admission of liability by an "insured" or us.

### F. Suit Against Us

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section II.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

### G. Bankruptcy Of An "Insured"

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

### H. Other Insurance

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

### I. Policy Period

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

## SECTIONS I AND II — CONDITIONS

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

      (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

      (2) If the risk has changed substantially since the policy was issued.

      This can be done by letting you know at least 30 days before the date cancellation takes effect.

   d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage F or Paragraph C. Damage To Property Of Others under Section II – Additional Coverages.

© Insurance Services Office, Inc., 2010

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

2. "Insured" includes:

   a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

   b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© Insurance Services Office, Inc., 2010

## PRIVACY AND ITS PROTECTION

When you applied to the Stillwater Insurance Company, you entrusted us with some personal information about yourself. Like you, we are concerned about your privacy and its protection. Therefore, we want you to know about our procedures for protecting your privacy, and your rights and responsibilities regarding recorded information about you. As our customer we want you to understand how we gather information, and how we protect it, and how you can help insure its accuracy.

1.   We get most of our information from you. In most cases, the application you complete gives us all the information we need to evaluate you or your property for insurance. Should we need additional information or want to verify information, we may get it from persons other than you.

2.   Information we collect about you will not generally be given to anyone without your consent, except when the disclosure is necessary for us to conduct our business. In that case, we will share information about you without your prior consent to the extent permitted by the state privacy laws. Generally, information will be disclosed without your prior consent only to persons or organizations having a business interest in an insurance transaction involving you, have a contract with us to perform part of our insurance function, or have some other business relationship with us.

3.   You have the right to review the recorded personal information about you contained in our files and to get a copy. You have the further right to request that we correct, amend or delete any of this information.

You may obtain a more detailed description of the information practices prescribed by law by contacting us at:

Stillwater Insurance Company
Attn: Underwriting Department
PO Box 45126
Jacksonville, FL 32232-5126

BE SURE TO INCLUDE YOUR NAME, ADDRESS, AND POLICY NUMBER

CONSUMER NOTICE
If a dispute should arise between you and the Company which is not resolved, you may bring the matter to the attention of the Department of Insurance. You should contact the Department of Insurance only after the contacts between you and the Company, its agent, or other representatives have failed to produce a satisfactory solution to the problem. The Office of Insurance Regulation address is:

Florida Department of Insurance
Room 233-A
Larson Building
200 E Gaines Street
Tallahassee, FL 32399-0330

March 2015 Edition, FL                                    ENDORSEMENT A6120 E0315-SIC

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SATELLITE DISH EXCLUSION**

**THIS ENDORSEMENT RESTRICTS OR ABRIDGES THE RIGHTS OF THE INSURED.**
**PLEASE READ IT CAREFULLY.**

We do not provide any coverage under this policy for loss of or damage to satellite antennas with a diameter of greater than 40 inches, and/or their components.  This includes mounting hardware, unless coverage is purchased and specifically described on your Declaration.

All other terms and conditions remain unchanged.  Coverage limits under Sections I and II are unchanged.

July 2006 Edition, FL

ENDORSEMENT A6121 E0706-FNPAC

0085000000000012655140556          00003

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**DOG LIABILITY EXCLUSION**

**THIS ENDORSEMENT RESTRICTS OR ABRIDGES THE RIGHTS OF THE INSURED.**
**PLEASE READ IT CAREFULLY.**

Attached to and forming part of Policy Number: CP4012655 .

In consideration of the premium charged, it is understood and agreed that this insurance does not apply to any occurrence or damages caused by any dog. This applies at any time and at any premises insured hereunder. This applies to damages caused by, arising out of, or in any way related to any dog owned by or in the care, custody, or control of the insured, or any member of the insured's family or household.

Unless a specific premium has been charged, and a limit is shown on the Declaration page for this coverage, coverage is specifically excluded for Coverage E - Personal Liability. Coverage is also excluded for Coverage F - Medical Payments To Others, as well as any Additional Coverages under Section II.

All other terms and conditions of this policy are unchanged. Section I coverage limits are unchanged. Section II coverage limits are unchanged.

October 2010 Edition, FL                                      ENDORSEMENT A6123 E1010-FNIS

## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## MULTI-PERIL HOMEOWNERS PROGRAM
## MORTGAGE CLAUSE

Loss if any under this policy shall be payable to those mortgagees named in the Declaration as mortgagees upon the property described in and covered by this policy as interest may appear and in order or precedence of said mortgages.

1.  The terms "Mortgage", "Mortgagee" and "Mortgagor" used in this endorsement include Deeds of Trust and their representatives.

2.  The insurance afforded the Mortgagee, shall not be invalidated by any act or neglect of the Mortgagor or owner of the described property. Nor is the insurance invalidated by the use of the premises for purposes more hazardous than are permitted by this policy.

3.  Any Mortgagee who has, or gains, knowledge of the premises being used for purposes more hazardous than permitted by this policy shall notify this Company immediately. If provided, the consent of the Company shall be noted on this policy. All rights granted the Mortgagee will be terminated if such notice is not provided.

4.  Any Mortgagee who has, or gains, knowledge of the premises being vacant or unoccupied beyond the period permitted by this policy shall notify this Company immediately. If provided, the consent of the Company shall be noted on this policy. All rights granted the Mortgagee will be terminated if such notice is not provided.

5.  If the Mortgagor or owner fails to pay any premium due, or to become due, under this policy, the Mortgagee agrees to pay the same on demand. The Mortgagee also agrees to pay on demand the change in premium resulting from an increase in hazard for the remaining term of the policy.

6.  This Company shall not be liable to the Mortgagee for a greater proportion of any loss than the amount insured bears to the whole insurance covering the property against the peril involved. This includes all policies issued to, held by, or payable to the mortgagee, whether collectible or not.

7.  The policy provisions regarding  "Mortgagee interests and obligations" are specifically referred to and made a part of this rider.

All other terms and conditions of this policy are unchanged.  Section I coverage limits are unchanged.  Section II coverage limits are unchanged.

June 2005 Edition, FL                                   ENDORSEMENT A6125 E0605-FNPAC

00850000000001265514056              00003

## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## MULTI-PERIL HOMEOWNERS PROGRAM
## DEDUCTIBLE OPTIONS - HURRICANE AND OTHER PERILS

We are required by law to offer certain deductible options for your home insurance policy, and to notify you every year about these choices. A deductible is the portion of an insured loss for which you would be responsible. Your policy will provide coverage for the amount of the insured loss above the deductible amount up to the policy coverage limit. The deductible options you have currently selected for your home insurance are shown on your policy declarations page.

This notice does not provide coverage nor does it replace any provision of your policy. If there is any conflict between this notice and your policy, the policy and endorsement provisions prevail.

### All Other Peril Deductible for Losses Other Than Hurricane

We are required to offer you a deductible of $500 for losses caused by perils other than hurricane. Please refer to your policy declarations page for your deductible.

If you previously selected a different deductible amount and now wish to have a $500 deductible, please contact our customer service department at the phone number shown below.

### Homeowners Policies (HO 00 03) - Deductible for Hurricane Losses

For losses due to hurricane, we are required to offer you optional deductibles. Optional hurricane deductibles of $500, 5% and 10% are available. The hurricane deductible must be equal to or greater than the All Other Peril deductible. The standard hurricane deductible for all policies is 2%. If you have not chosen an alternative deductible, your deductible for hurricane losses is 2%. Please refer to your policy declarations page for your hurricane deductible.

If you previously selected an alternative hurricane deductible, we will continue to apply that deductible to your policy. If you wish to change your hurricane deductible, please contact our customer service department at the phone number shown below.

Policy No.:  CP4012655

Stillwater Property and Casualty Insurance Company
P.O. Box 45126
Jacksonville, FL 32232-5126
(800) 849-6140
E-mail: fnic@fnf.com

October 2010 Edition, FL                                          ENDORSEMENT A6141 E1010-FNPAC

# STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY

## IMPORTANT NOTICE

## DOG LIABILITY EXCLUSION

This insurance does not apply to any occurrence or damages caused by any dog, at any time, at any premises insured hereunder, or caused by, arising out of, or in any way related to any dog owned by or in the care, custody, or control of the insured, or any member of the insured's family or household.

Dog liability coverage is provided if a specific premium is charged and a limit is shown on the Declaration page for this coverage. However, risks with the following dogs present are unacceptable: Chow, Pit Bull, Rottweiler, Doberman Pinscher, Akita, Dalmatian, Alaskan Malamute, American Staffordshire Terrier, Husky, Presa Canario, Staffordshire Bull Terrier, Wolf-dogs, Wolf hybrids or any dog with a past history of bites or attacks. A mixed breed which includes any of the above is also unacceptable.

Unless a limit of liability and corresponding premium is shown on the Declaration page, coverage is specifically excluded for Coverage E - Personal Liability and Coverage F - Medical Payments To Others, as well as any Additional Coverages under Section II.

04-16

Policy Number: CP4012655

## STILLWATER INSURANCE COMPANY
## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## FLORIDA DISCLOSURE NOTICE

At Stillwater Insurance Companies, it is our goal to provide you with the highest level of protection and service available for your insurance dollar. As part of that effort, we encourage you to contact your agent or broker if you have any questions or experience a problem with your insurance policy. As a trained professional, he or she is qualified to assist you. Your agents name and phone number is located on the Declarations page. If you are unable to resolve the issue with your agent, you may contact us at:

Stillwater Insurance Company
Customer Service
PO Box 45126
Jacksonville, FL 32232-5126
1-800-849-6140

If all efforts to resolve this issue have failed between you and your agent or us, you may contact the following state agency. The Department of Insurance should be contacted only after discussions with either your agent or both of us have failed to produce a satisfactory resolution to the problem.

Florida Department of Financial Services
Division of Consumer Services
Larson Building, 5th Floor, Room 233-A
200 E. Gaines Street
Tallahassee, FL 32399-0330
1-850-413-3146
or
1-800-342-2762

FNIC DN FL 01 06

0085000000000012655140506          00003

FN1249 SPC 10 15

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**FLORIDA MULTI-PERIL HOMEOWNERS PROGRAM**
**CALENDAR YEAR HURRICANE DEDUCTIBLES**

## ADVISORY NOTICE TO POLICYHOLDERS

The State of Florida has made changes to the law regarding hurricane insurance deductibles.  This is due to the catastrophic hurricane season of 2004.  Many property owners suffered economic hardship because of the continuous damage brought by the number of hurricanes that struck the state, include the insurance deductible applied to each separate loss caused by hurricane.  <u>PLEASE READ YOUR POLICY CAREFULLY.</u>  Below is an explanation of the changes.

Your Homeowners or Dwelling policy now provides a separate deductible, to be applied once a year, for all losses caused by one or more hurricanes during a calendar year.  However, it is important for you to know the following:
- Each new hurricane deductible begins January 1st and ends December 31st of any given year.  Therefore, the deductible will apply once under consecutive policy periods within a calendar year.
- Each January 1st, you will be subject to a new calendar year deductible for the coming year.
- Your hurricane deductible applies to loss to covered property caused by one or more hurricanes during each calendar year.  If more than one hurricane causes damage, the deductible for any subsequent hurricane will be the greater of:
    1. The remaining dollar amount of your calendar year hurricane deductible from the first hurricane; or
    2. Your standard policy deductible that is in effect at the time of the subsequent hurricane.

---

**EXAMPLES**

<u>Application of deductible with one hurricane during the calendar year</u> - Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home policy.  The policy limits are $100,000 and the hurricane deductible is $1,000.  The amount that we would pay you would be $20,000 - $1,000 = $19,000.

<u>Application of deductible with a second hurricane during the calendar year and the hurricane deductible was used up with the first hurricane</u> - Hurricane A occurs on September 1st and causes $20,000 of damage to the covered home.  Your hurricane deductible is $1,000 and has been used up with the first hurricane loss.  Hurricane B occurs on October 1st and causes $10,000 of damage to the covered home.  The policy limits are $100,000 and the hurricane deductible is $1,000.  Your standard deductible is $500.  Because this is the 2nd hurricane causing damage to your home and the hurricane deductible was exhausted in the first hurricane loss (Hurricane A), your standard deductible will apply.  The amount that we would pay you would be $10,000 - $500 = $9,500.

---

- If you change insurers during the calendar year, the "once a year" hurricane deductible may not apply, and you may incur a new hurricane deductible if there is more than one hurricane during the calendar year regardless of whether you already satisfied a hurricane deductible that same year.
- When we insure your property under more than one policy, the largest hurricane deductible of all of the policies will be used to determine the hurricane deductible.
- If you choose a lower hurricane deductible during the calendar year, it may not take effect until the following year in some cases.
- If you choose a higher hurricane deductible during the calendar year, it will take effect on the effective date of your renewal or replacement policy.

**You are required to report any windstorm loss caused by a hurricane occurrence that is below the hurricane deductible so that we may consider the amount of such loss when adjusting claims for subsequent hurricane occurrences that occur during the calendar year.**

FN1249 SPC 10 15

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DEFINITIONS**
The following definitions are added:

"Building" means a structure with walls and a roof.

**"Hurricane Occurrence"**
A "hurricane occurrence",
a. Begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;
b. Continues for the time period during which the hurricane conditions exist anywhere in Florida; and
c. Ends 72 hours following the termination of the last hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**"Hurricane Loss"**
A "hurricane loss" means any loss resulting from the peril of Windstorm or Hail caused by or resulting from a "hurricane occurrence".

**"Catastrophic Ground Cover Collapse"**
"Catastrophic Ground Cover Collapse" means geological activity that results in all the following;
  a. The abrupt collapse of the ground cover;
  b. A depression in the ground cover clearly visible to the naked eye;
  c. "Structural damage" of the "principal building" insured under this policy, including the foundation; and
  d. The "principal building" being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that "principal building".
"Catastrophic ground cover collapse" coverage does not apply to Coverage B structures.

**"Principal Building"**
In Form HO 00 03 and HO 00 04;
"Principal Building" means the dwelling where you reside on the "residence premises" shown in the Declarations, including structures attached to the dwelling.  "Principal Building" does not include any other buildings or structures at that location.

In Form HO 00 06;
"Principal Building" means the unit where you reside shown as the "residence premises" in the Declarations. "Principal Building" does not include any other buildings or structures at that location.

**"Structural Damage"**
"Structural Damage" means a "principal building", regardless of the date of it construction, has experienced the following:
a. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code.
b. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement-related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose or location.
c. Damage that results in listing, leaning or buckling of the exterior load-bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code.
d. Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer place necessary for the purpose of supporting such building as defined within the Florida Building Code; or
e. Damage occurring on or after October 15, 2005, that qualified as "substantial structural damage" as defined in the Florida Building Code.

**"Primary Structural Member"**
"Primary Structural Member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

**"Primary Structural System"**
"Primary Structural System" means an assemblage of "primary structural members".

FN1304 SPC 10 15                                             1

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTION I – PROPERTY COVERAGES**

In Form HO 00 03
Under B. Coverage B – Other Structures, item 1. is deleted in its entirety and replaced with the following:

1. We cover other structures on the "residence premises" set apart from the dwelling by clear space. Other structures include garages, covered carports, covered patios, and covered decks that are not attached to and supported by the dwelling, and driveways, sidewalks, fences, walls, pools built into the ground, spas, uncovered patios, uncovered decks and uncovered carports. Any other structure that only abuts the dwelling or that is connected to the dwelling only by a driveway, sidewalk, deck, patio, fence, wall, utility line or similar construction is considered an Other Structure.

In Form HO 00 06
Paragraph D.7.a. is replaced by the following:

**D. Additional Coverages**

   **7. Loss Assessment**

   a. We will pay up to $2,000 per occurrence for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage A, other than:

   (1) Earthquake; or

   (2) Land shock waves or tremors before, during or after a volcanic eruption.

The maximum amount of any unit-owner's loss assessment coverage that can be assessed for any one loss, regardless of the number of assessments, shall be the amount equal to your unit-owners loss assessment coverage limit in effect one day before the date the loss occurred. Any changes to the limits of your unit-owner's loss assessment coverage made on or after the day before the date of the occurrence are not applicable to such loss. The deductible amount, not to exceed the lesser of:

   (3) The deductible amount under the policy equal to that which applies to the peril of fire; or

   (4) $250;

applies to loss covered under this Additional Coverage. We will pay only that part of the total of all loss payable under this Additional Coverage that exceeds that deductible amount. However, if a deductible was or will be applied to other property loss sustained by you resulting from the same direct loss, then no deductible applies to this coverage.

In Forms HO 00 03, HO 00 04 and HO 00 06
Under C. Coverage C – Personal Property, 3. Special Limits of Liability, item h. is deleted in its entirety and replaced with the following:

   h. $2,500 on property, on the "residence premises", used at any time or in any manner for nay "business" purpose, not including electronic data processing equipment or the recording or storage media and software used with that equipment. The limits for such equipment are stated in item n. below.

In Forms HO 00 03, HO 00 04 and HO 00 06
Under C. Coverage C – Personal Property, 3. Special Limits of Liability, the following is added:

   l. $2,500 on memorabilia, souvenirs, collector items, and similar articles whose age or history contribute to their value, including but not limited to: athletic card collections, comic books, posters, signs, books, magazines, figurines, quilts, letters, autographed items, and objects pertaining to famous persons or historical events.

   m. $5,000 on theft of imported rugs, (not included wall to wall carpeting), carpets, tapestries, wall hangings or similar articles and not to exceed $2,500 for any one rug, (not including wall to wall carpeting), carpet, tapestry, wall hanging or similar article, even if such items are considered art work or used as decorations. Imported means made or manufactured in whole or part outside of the United States.

   n. $5,000 on electronic data processing equipment and the recording or storage media, and software used with that equipment. This includes but is not limited to such items as: cell phones, smart phones, personal data assistants, ham radios, tablets, gaming devices, hardware, such as motherboards, central processing units, hard drives floppy drives, tape drives, CD-Rom drives, DVD-Rom drives, Zip drives, mouse, keyboards, modems, monitors, scanners, printers, floppy disks, other recording or storage media including disks containing computer programs and applications.

   o. $1,000 on property identified under n. while located away from the "residence premises" or while located away from an "insured" student's school premises. This does not increase the limit of liability for property usually located at an "insured's" residence, other than the "residence premises".

   p. $1,000 on theft of camera or video recording and playing equipment, including DVD or DVR players, or any similar equipment.

FN1304 SPC 10 15                                   2

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SECTION I – PERILS INSURED AGAINST**

In Form HO 00 03
Under A. Coverage A – Dwelling and Coverage B – Other Structures, 1. is deleted in its entirety and replaced by the following:
1. We insure against risk of sudden and accidental direct physical loss to property described in Coverages A and B.

In Form HO 00 03
The following peril is added to Coverage C. Personal Property.
17. "Catastrophic Ground Cover Collapse"
In Forms HO 00 04 and HO 00 06 the following peril is added:
17. "Catastrophic Ground Cover Collapse"

In Form HO 00 03
Under A. Coverage A – Dwelling And Coverage B – Other Structures, (6) (f) is deleted in its entirety and replaced by the following and (j) is added by the following:
(f) settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs, ceilings, pools, spas and any other structures of any kind.
(j) growth or pressure from roots of trees, shrubs, bushes or other plants.

In Forms HO 00 03, HO 00 04 and HO 00 06, Under B. – Coverage C – Personal Property, the first paragraph is deleted in its entirety and replaced by the following:
We insure for sudden and accidental direct physical loss to property described in Coverage C caused by any of the following perils unless the loss is excluded in SECTION I – EXCLUSIONS.
(This is the first paragraph in HO 00 04 under Section I – PERILS INSURED AGAINST)

**SECTION I - EXCLUSIONS**
Paragraph 2. is replaced by the following:
2. "Earth Movement" means:
   a. Earthquake, including land shock waves or tremors before, during and after a volcanic eruption;
   b. Landslide, mudslide or mudflow;
   c. Subsidence or sinkhole; or
   d. Any other earth movement including earth sinking, rising or shifting;
   caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues, and then we will pay only for the ensuing loss.
   This exclusion (2.) does not apply to loss by;
   (i) Theft; or
   (ii) "Catastrophic Ground Cover Collapse".
The following exclusion is added.  In Form HO 00 03, it is added to Paragraph A.:
10. "Hurricane Loss" to:
   a. outdoor radio and television antennas or satellite dishes and aerials including the lead wiring, masts or towers; or
   b. aluminum framed screened enclosures attached to the dwelling on the "residence premises" including the frames, footings, supports or anchors; or
   c. awnings or aluminum framed carports; or
   d. solar water heating systems including solar panels, pipes supplying and returning water to solar panels, and equipment or devices controlling solar water heating systems; or
   e. any structure not attached to the main residence unless constructed with the same or substantially the same materials as that of the main residence.

FN1304 SPC 10 15                                   3

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTION I - CONDITIONS**

In Forms HO 00 03, HO 00 04 and HO 00 06

**C. Duties After Loss**

The introductory sentence is replaced by the following:
In case of a loss to covered property, we have no duty to
provide coverage under this policy if you fail to comply
with the following duties. These duties must be
performed either by you, an "insured" seeking coverage,
or a representative of either:

Paragraph 1. is replaced by the following:

1.   Give prompt notice to us or our agent, except that a
claim, supplemental claim or reopened claim for loss
or damage caused by hurricane or other windstorm
must be given to us in accordance with the terms of
this policy within three years after the hurricane first
made landfall or a windstorm other than hurricane
caused the covered damage. (Supplemental claim or
reopened claim means an additional claim for
recovery from us for losses from the same hurricane
or other windstorm which we have previously
adjusted pursuant to the initial claim.)

This provision concerning time for submission of a
claim, supplemental claim or reopened claim does
not affect any limitation for legal action against us as
provided in this policy under the Suit Against Us
Condition including any amendment to that
condition.

In Forms HO 00 03, HO 00 04 and HO 00 06

Under Section I – CONDITIONS, C. DUTIES AFTER
LOSS, 7.c. is deleted in its entirety and replaced by the
following and d. is added by the following:

c.   Submit to examinations under oath, on video tape if
requested, while not in the presence of any other
"insured", and sign and return to us a transcript of the
same;

d.   Give us signed written or tape recorded statements;

**D. Loss Settlement**

In Form HO 00 03

The following is added to the last paragraph in paragraph 1:
Actual cash value means the lesser of repair or replacement
cost at the time of loss less applicable depreciation for
physical deterioration and obsolescence.

In Form HO 00 03

Paragraph 2.d. is replaced by the following:

d.   We will settle the loss as follows:
We will settle the loss as noted in 2.a. and b. of this
provision.  If 2.a. is not applicable, we will settle the loss
as follows:

(1)  We will initially pay the actual cash value of the
building damage, minus any applicable deductible.

(2)  We will then pay the necessary amounts actually
spent to repair or replace the damaged building as
work is performed and expenses are incurred.

(3)  If a total loss, we will pay the replacement cost
amount without deduction for depreciation.

Actual cash value as used in b.(1) and (d). means the
lesser of repair or replacement cost at the time of the loss
less applicable depreciation for physical deterioration and
obsolescence.

Paragraph 2.e. is deleted.

In Form HO 00 06:

Paragraph 2. is replaced by the following:

2.   Coverage A - Dwelling, at the actual cost to repair or
replace.

In this provision, the terms "repaired" or "replaced" do
not include the increased costs incurred to comply with
the enforcement of any ordinance or law, except to the
extent that coverage for these increased costs is provided
in D.10. Ordinance Or Law under Section I - Property
Coverages.

**F.   Appraisal is replaced by the following:**

**F.   Mediation or Appraisal**

If you and we:

1.   Are engaged in a dispute regarding a claim under
this policy, either party may demand a mediation of
the loss in accordance with the rules established by
the Florida Department of Financial Services. The
loss amount must be $500 or more, prior to
application of the deductible, or there must be a
difference of $500 or more between the loss
settlement amount we offer and the loss settlement
amount that you request.

The settlement in the course of the mediation is
binding only if both parties agree, in writing, on a
settlement and you have not rescinded the settlement
within three business days after reaching settlement.
You may not rescind the settlement after cashing or
depositing the settlement check or draft we provided
to you.

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the total cost for that rescheduled conference. However, if we fail to appear at a mediation conference, without good cause, we will pay your actual cash expenses you incur in attending the conference and also pay the total cost for the rescheduled conference.

2.  Fail to agree on the amount of loss, either party may request an appraisal of the loss. However, both parties must agree to the appraisal. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of the loss.

Each party will:

a.  Pay its own appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

**In Form HO 00 06:**

Paragraph **G. Other Insurance And Service Agreement** is replaced by the following:

**Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by other insurance or a service agreement covering the same property, this insurance will be excess over the amount recoverable under such other insurance or service agreement.

However, if a loss covered by this policy is covered by other insurance covering the same property and such other insurance is excess insurance over the amount recoverable under any other policy covering the same property, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of such insurance covering the loss.

Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**FN1304 SPC 10 15**

**H. Suit Against Us** is replaced by the following:

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within five years after the date of loss.

**I. Our Option** is replaced by the following:

**I. Our Option**

In Form HO 00 03:

If at the time of loss, the damaged property is:

a.  not insured for Replacement Cost Loss Settlement as outlined in Section I - Conditions, Loss Settlement, and we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

b.  insured for Replacement Cost Loss Settlement as outlined in Section I - Conditions, Loss Settlement, we will pay the amount of loss as noted in Paragraph **D.2.d.(1)** of the Loss Settlement provision.

**J. Loss Payment** is replaced by the following:

**J. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earliest of the following:

1.  20 days after we receive your proof of loss and reach written agreement with you;

2.  60 days after we receive your proof of loss and:

    a.  There is an entry of a final judgment; or

    b.  There is a filing of an appraisal award or a mediation settlement with us.

3.  If payment is not denied, within 90 days after we receive notice of an initial, reopened or supplemental claim. However, this provision (**J.3.**) does not apply if factors beyond our control reasonably prevent such payment.

5

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

H.  Concealment or Fraud is replaced by the following:

   H.  Concealment or Fraud

   We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

   1. Intentionally concealed or misrepresented any material fact or circumstance;

   2. Engaged in fraudulent conduct; or

   3. Made material false statements;

   relating to this insurance.

   However, we will not deny a claim based on credit information available in public records, whether disclosed or undisclosed, if the policy has been in effect for more than 90 days.

   **(This is Paragraph Q. in HO 00 04)**

**SECTION II - EXCLUSIONS**

E.  Coverage E - Personal Liability And

   Coverage F - Medical Payments To Others

   Paragraph 8. Controlled Substances is replaced in all forms by the following:

   8.  Controlled Substances

   "Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined under Federal Law.  Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

**SECTION II - CONDITIONS**

A.  Limit Of Liability is deleted and replaced by the following:

A.  Limit Of Liability

   1.  Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Limit of Liability for Coverage E as shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

   2.  Sub-limit Of Liability

   Subject to Paragraph 1. above, our total liability under Coverage E for damages for which an "insured" is legally liable because of statutorily imposed vicarious parental liability not otherwise excluded is $10,000. This sub-limit is within, but does not increase the Coverage E limit of liability.

   3.  The limit of liability in 1. above and sub-limit in 2. above apply regardless of the number of "insureds", claims made or persons injured.

   4.  Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Limit of Liability for Coverage F as shown in the Declarations.

   This Condition does not apply with respect to damages arising out of "fungi" wet or dry rot or bacteria when Endorsement HO 03 34 is attached.

J.  Concealment or Fraud is replaced by the following:

J.  Concealment or Fraud

   We do not provide coverage to an "insured" who whether before or after a loss, has:

   1.  Intentionally concealed or misrepresented any material fact or circumstance;

   2.  Engaged in fraudulent conduct; or

   3.  Made material false statements;

   relating to this insurance.

   However, we will not deny a claim based on credit information available in public records, whether disclosed or undisclosed, if the policy has been in effect for more than 90 days.

00790000000000126551706P            00003

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SECTIONS I AND II - CONDITIONS**
C. Cancellation is deleted and replaced by the following:
**C. Cancellation**
1. You may cancel this policy at any time by returning it to us or by letting us know, by either verbal or written communication, of the date cancellation is to take effect.
2. We may elect to cancel this policy . We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for cancellation, at least 120 days before the expiration of this policy.
   We may cancel only for the following reasons:
   a. When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.
   b. We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.
   Proof of mailing will be sufficient proof of notice.
   (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
   (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:
      (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or
      (b) On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or
      (c) On the basis of the lawful use, possession, or ownership of a firearm or ammunition by the insured or household member of the insured .
   Except as provided in Paragraphs C.2.a. and C.2.b.(1) of this provision, we will let you know of our action at least 20 days before the date cancellation takes effect.

   (3) When this policy has been in effect for more than 90 days, we may cancel:
      (a) If there has been a material misstatement;
      (b) If the risk has changed substantially since the policy was issued.
      (c) In the event of failure to comply within 90 days after the effective date of coverage, with underwriting requirements established by us before the effective date of coverage.
      (d) If the cancellation if for all insureds under policies of this type for a given class of insureds;
      (e) On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent reoccurrence of damage to the insured property;
      (f) On the basis of a single claim which is the result of water damage, if we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

      However, we may not cancel the policy based on:
      1. Credit information available in public records after a policy has been in effect for more than 90 days.
      2. On the basis of the lawful use, possession, or ownership of a firearm or ammunition by the insured or household member of the insured.

   Except as provided in item C.2.(1), we will provide notice at least 120 days before the date cancellation takes effect.
   Proof of mailing will be sufficient proof of notice.

3. We may cancel this policy after giving at least 45 days' notice if the Florida Office of Insurance Regulation determines and approves of our plan that early cancellation of some or all of our policies is necessary to protect the best interests of the policyholders due to our financial condition, lack of adequate reinsurance coverage for hurricane risk or other relevant factors.
4. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.
5. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 days after the date cancellation takes effect.

FN1304 SPC 10 15                                   7

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**SPECIAL PROVISIONS - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**D.** Nonrenewal is replaced by the following:
**D. Nonrenewal**
  1.  We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal, at least 120 days before the expiration of this policy. Proof of mailing will be sufficient proof of notice.
  2.  We will not nonrenew this policy:
    a.  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or
    b.  On the basis of a single claim which is the result of water damage, unless we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or
    c.  On the basis of filing of claims for loss caused by sinkhole damage, unless:
      (1)  The total of such property claim payments equals or exceeds the policy limits of the policy in effect on the date of loss for property damage to the "covered building(s)"; or
      (2)  You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.
    d.  On the basis of credit information available in public records.
    e.  On the basis of the lawful use, possession, or ownership of a firearm or ammunition by the insured or household member of the insured.

Proof of mailing will be sufficient proof of notice.

The following conditions are added:

**H.  Renewal Notification**
If we elect to renew this policy, we will let you know, in writing:
  1.  Of our decision to renew this policy; and
  2.  The amount of renewal premium payable to us.
This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**I.  Notification Regarding Access**
If we require access to an "insured" or claimant or to the insured property that is the subject of a claim, we must provide at least 48 hours notice to you or the claimant, or your or the claimant's public adjuster or legal representative before scheduling a meeting with you, the "insured" or the claimant or prior to conducting an onsite inspection of the insured property.  You or the claimant may deny access to the property if the notice has not been provided or may waive the 48-hour notice.

All other provisions of this policy apply.

FN1304 SPC 10 15                              8

00790000000000012b5517062          00003

## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## MULTI-PERIL HOMEOWNERS PROGRAM
## FUNGI, WET OR DRY ROT OR BACTERIA COVERAGE - FLORIDA

### Schedule

| | |
|---|---|
| The limit of liability selected applies to loss or costs payable under the "Fungi", Wet Or Dry Rot Or Bacteria" Additional Coverage. | |
| **Section I - Property Coverage Limit Of Liability for "Fungi", Wet Or Dry Rot Or Bacteria" Additional Coverage.** | $ 15,000 |
| **SEE DECLARATION PAGE FOR COVERED LOCATION** | |

EXCLUSION 10, "FUNGI", WET OR DRY ROT, OR BACTERIA", endorsed to your policy in the "FUNGI", WET OR DRY ROT, OR BACTERIA EXCLUSION – FLORIDA" endorsement, does not apply to the extent coverage is provided by this endorsement.

**DEFINITIONS**
The following definition is added:
"Fungi"
"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**SECTION I - PROPERTY COVERAGES**
   **E.  Additional Coverages**
   The following Additional Coverage is added:

   **"Fungi", Wet Or Dry Rot, Or Bacteria**
   a.  We will pay up to the amount in the Schedule for:
      1.  The total of all loss payable under Section I - Property Coverages caused by "fungi", wet or dry rot, or bacteria;
      2.  The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section I - Property Coverages;
      3.  The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and
      4.  The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.
   b.  The coverage described in a. only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time of Peril Insured Against occurred.
   c.  The amount shown in the schedule above is the most we will pay for the total of all loss or costs payable under this Coverage regardless of the:
      1.  Number of locations insured; or
      2.  Number of claims made.
      This limit applies in aggregate.
   d.  If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss from covered "fungi", wet or dry rot, or bacteria will be subject to the terms of this Additional Coverage.
   This coverage does not increase the limit of liability applying to the damaged covered property.

Contains copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 2003

FN1305 SPC 10 15                                           1

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**FUNGI, WET OR DRY ROT OR BACTERIA COVERAGE - FLORIDA**

However, we do not cover "fungi", wet or dry rot, or bacteria which is the result of:

a.  continuous or repeated seepage or leakage of water or steam from a:

    1.  heating, air conditioning or automatic fire protective sprinkler system;
    2.  household appliance; or
    3.  plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors.

b.  faulty, inadequate or defective:

    1.  planning, zoning, development, surveying, siting;
    2.  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    3.  materials used in repair, construction, renovation or remodeling; or
    4.  maintenance;
    of part or all of any property whether on or off the "residence premises".

Direct Loss by a peril insured against resulting from "fungi" wet or dry rot or bacteria is covered.

**SECTION I - PERILS INSURED AGAINST**
**In Forms HO 00 04 and HO 00 06**
**12. Accidental Discharge or Overflow of Water or Steam**
    Paragraph b.(5) in Form HO 00 06, and Paragraph b.(4) in Form HO 00 04 is deleted and replaced by the following:
    (5) To a building caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

**In Form HO 00 03:**
**A.  Coverage A - Dwelling and Coverage B - Other Structures**
    Paragraph 2.c.(5) is deleted and replaced by the following:
    (5) Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

**B.  Coverage C - Personal Property**
    **12. Accidental Discharge or Overflow of Water or Steam**
    Paragraph b.(4) is deleted and replaced by the following:
    (4) Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

**In Form HO 00 06 with HO 17 52:**
**For Coverage A:**
    Paragraph 2.c.(5) is deleted and replaced with the following:
    (5) Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

All other policy provisions apply.

Contains copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 2003

FN1305 SPC 10 15                                                2

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**FUNGI, WET OR DRY ROT OR BACTERIA EXCLUSION - FLORIDA**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DEFINITIONS**
The following definition is added:
"Fungi"
"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**SECTION I - PERILS INSURED AGAINST**
In Form HO 00 03:
A.  **Coverage A - Dwelling and Coverage B - Other Structures**
Paragraph 2.c.(5) is deleted and replaced by the following:
(5)  Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

Paragraph 2.c.(6)(c) is deleted and replaced by the following:
(c)  Smog, rust, or other corrosion;

B.  **COVERAGE C - Personal Property, 12. Accidental Discharge or Overflow of Water or Steam**, Paragraph b.(4) is deleted and replaced by the following:
(4)  Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

In Form HO 00 04:
12.  Accidental Discharge or Overflow of Water or Steam, Paragraph b.(4) is deleted and replaced by the following:
(4)  Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

In Form HO 00 06:
12.  Accidental Discharge or Overflow of Water or Steam, Paragraph b.(5) is deleted and replaced by the following:
(5)  Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years.

**SECTION I - EXCLUSIONS**
The following exclusion is added:
10.  **"Fungi, Wet Or Dry Rot Or Bacteria"**
We do not cover:
a.  any loss of use or delay in rebuilding, repairing or replacing covered property, including any associated cost or expense, due to interference at the "residence premises" or location of the rebuilding, repair or replacement, by "fungi";
b.  any remediation of "fungi" including the cost to:
(1)  remove the "fungi" from covered property or to repair, restore or replace that property; or
(2)  tear out and replace any part of the building or other property as needed to gain access to the "fungi"; or
c.  the cost of any testing or monitoring of air or property to confirm the type, absence, presence or level of "fungi", whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

All other policy provisions apply.

FN1306 SPC 10 15

00790000000000126551706b                    00003

**POLICY NUMBER: CP4012655**

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**STILLWATER INSURANCE COMPANY**
**FLORIDA MULTI-PERIL HOMEOWNERS PROGRAM**
**ORDINANCE OR LAW COVERAGE SELECTION AND REJECTION FORM**

Florida law requires that we provide you information regarding the availability of Ordinance and Law Coverage.

Ordinance or Law provides coverage for the increased costs for materials and labor to repair or replace damaged property due to a covered loss, to demolish the undamaged portion of damaged property, and to clear the site of resulting debris according to the local ordinance or law.

Your policy automatically provides up to 25% of the Coverage A - Building limit to pay for the increased costs necessary to comply with the enforcement of such ordinance or law.

This limit may be increased to 50% of the Coverage A - Building limit for an additional premium.  You may reject the 25% and 50% options.  By rejecting these options, the coverage provided equals 10% of the Coverage A limit.

Please mark your selection below:

_____I reject the 25% option for Ordinance or Law Coverage.  By rejecting this option, I understand that coverage for the increased costs necessary to comply with the enforcement of ordinance or law will be equal to 10% of the Coverage A – Building limit.

_____I accept the 25% option for Ordinance or Law Coverage.

_____I accept the 50% option for Ordinance or Law Coverage.


**SELECTION OF ONE PERCENTAGE OPTION CONSTITUTES REJECTION OF THE OTHER.**

**IF YOU DO NOT RETURN THIS FORM WITH YOUR SELECTION MARKED, YOUR POLICY WILL AUTOMATICALLY BE ISSUED WITH THE 25% OPTION.**


_____          _____
Insured Signature                                        Date


_____          _____
Insured Signature                                        Date


**THIS FORM IS NOT A PART OF YOUR POLICY AND DOES NOT PROVIDE COVERAGE.  COVERAGE IS GENERALLY DESCRIBED HERE.  ONLY THE POLICY PROVIDES YOU WITH A COMPLETE DESCRIPTION OF THE COVERAGES AND THEIR LIMITATIONS.**


FN1324 12 09

**POLICY NUMBER:  CP4012655**

**STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**CHECKLIST OF COVERAGE**

Policy Type:  CONDOMINIUM UNIT OWNER'S

The following checklist is for informational purposes only.  Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist.  Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions.  By addressing any questions now, you will be more prepared later in the event of a claim.  Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures.  Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures.  A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist.  All coverages are subject to the provisions and conditions of the policy and any endorsements.  If you have questions regarding your policy, please contact your agent or company.  Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at 800-342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance   $200000 | Loss Settlement Basis:   REPLACEMENT COST<br>(i.e. Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| Other Structures Coverage (Detached from Dwelling) | |
| Limit of Insurance   N/A | Loss Settlement Basis:   N/A<br>(i.e. Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| Personal Property Coverage | |
| Limit of Insurance   $106100 | Loss Settlement Basis:   ACTUAL CASH VALUE<br>(i.e. Replacement Cost, Actual Cash Value, Stated Value, etc.) |
| Deductibles | |
| Annual Hurricane:   NO COVERAGE | All Perils (Other Than Hurricane):   $1000 |

FN1335 07 13                                Page 1 of 3

**POLICY NUMBER:  CP4012655**

**STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**CHECKLIST OF COVERAGE**

The above Limit of Insurance, Deductibles and Loss Settlement Basis apply to the following perils insured against:  Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included.

| | |
|---|---|
| Y | Fire or Lightning |
| N | Hurricane |
| N | Flood (Including storm surge) |
| N | Windstorm or Hail (other than Hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole |
| N | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

Special limits and loss settlement exceptions may apply to certain items.  Refer to your policy for details.

| Loss of Use Coverage | | |
|---|---|---|
| Coverage | Limit of Insurance | Time Limit |
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included. | | |
| Y | Additional Living Expense | Up to 40% of Coverage C | Shortest time to repair or replace |
| Y | Fair Rental Value | Up to 40% of Coverage C | Shortest time to repair or replace |
| Y | Civil Authority Prohibits Use | Up to 40% of Coverage C | Up to 2 weeks |

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included. | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limits. | |
| | | Included | Additional |
| Y | Debris Removal | $1,000 | X | |
| Y | Reasonable Repairs | Included in Coverage A | X | |
| Y | Property Removed | Included in Coverage A | X | |
| Y | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | $500 | X | |
| Y | Loss Assessment | $1,000 | X | |
| Y | Collapse | Included in Coverage A | X | |
| Y | Glass or Safety Glazing Material | Included in Coverage A | X | |
| Y | Landlord's Furnishings | $2,500 | X | |

0079000000000126551706Ь                    00003

**POLICY NUMBER: CP4012655**
### STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY
### MULTI-PERIL HOMEOWNERS PROGRAM
### CHECKLIST OF COVERAGE

| Property - Additional/Other Coverages (Cont.) | | | |
|---|---|---|---|
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included. | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limits. | |
| | | Included | Additional |
| Y | Ordinance or Law | 25 % of Coverage A | | X |
| Y | Grave Markers | $5,000 | X | |
| Y | Mold/Fungi | $ 15,000 | | X |
| Y | Trees, Shrubs and Other Plants | 5% of Coverage A | X | |

| Discounts | |
|---|---|
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included. | Dollar ($) Amount of Discount |
| N | Home/Auto | |
| Y | Protective Devices | $176.00 |
| N | Sprinkler | |
| N | Windstorm Loss Reduction | |
| Y | Building Code Effectiveness Grading | $54.43 |
| Y | Claim Free | $158.38 |
| N | Age of Dwelling | |
| | | |

| Personal Liability Coverage |
|---|
| Limit of Insurance    $300000 |

| Medical Payments to Others Coverage |
|---|
| Limit of Insurance    $2000 |

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| Items below marked Y (Yes) indicate coverage IS included, those marked N (No) indicate coverage is NOT included. | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limits. | |
| | | Included | Additional |
| Y | Claim Expenses | N/A | X | |
| Y | First Aid Expenses | N/A | X | |
| Y | Damage to Property of Others | $1,000 | X | |
| Y | Loss Assessment | $1,000 | X | |

POLICY # CP4012655                                          FNI470 10 07

### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### FLORIDA MULTI-PERIL HOMEOWNERS PROGRAM
### ADVISORY NOTICE TO POLICYHOLDER – SINKHOLE COLLAPSE EXCLUSION NOTICE

Florida law requires that you be offered the option of excluding sinkhole collapse coverage. It is important for you to understand the following.

If you choose this option:

- We will **NOT** cover loss to any of your real or personal property arising out of sinkhole collapse. "Sinkhole loss" means structural damage to the building, including the foundation, caused by sinkhole activity. "Sinkhole activity" means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on limestone or similar rock formation.

- Your policy will still provide coverage for "Catastrophic Ground Cover Collapse", which means geological activity that results in all the following:
  - The abrupt collapse of the ground cover;
  - A depression in the ground cover clearly visible to the naked eye;
  - Structural damage to the building, including the foundation; and
  - The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue an order for that structure/.

- You must provide to us, in your own handwriting, the statement shown below that indicates you choose to exclude coverage for all loss arising out of sinkhole collapse under your policy.

- Your handwritten statement must be signed and dated by you and every other Named Insured shown on the policy Declarations page.

- Your insurer or agent can provide you with information as to how much you will save on your policy premium by excluding coverage for loss arising out of sinkhole collapse.

- If the structure insured by the policy is subject to a mortgage or lien, you must provide us with a written statement from the mortgageholder or lienholder indicating their approval of your choice to exclude sinkhole collapse coverage.

**"I do not want the insurance on my (home/condominium unit) to pay for damage from sinkhole collapse. I will pay those costs. My insurance will not."**

Named Insureds' handwritten statement for the exclusion of sinkhole collapse coverage:

Signed_____   Dated_____

Signed_____   Dated_____

FN1470 10 07

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**MULTI-PERIL HOMEOWNERS PROGRAM**
**ADVISORY NOTICE TO POLICYHOLDERS**
**RIGHT TO MEDIATE DISPUTED SINKHOLE CLAIMS**

Florida law requires that we notify you of your right to mediate disputed sinkhole claims through the neutral evaluation process.

Enclosed is a notice that was prepared by the Florida Office of Insurance Regulation, Resolving Disputed Sinkhole Insurance Claims. This document described the neutral evaluation process and includes information and forms necessary for you to request a neutral evaluation.

If you have any question regarding this notice, please contact your agent or our customer service department at the toll free number listed on the front of the declarations page.

FN1509 12 07                                     1

0079000000000126551706                    00003

### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### MULTI-PERIL HOMEOWNERS PROGRAM
### SETTLING YOUR SINKHOLE CLAIM
#### Where to Find Help

The information provided below is an overview of the Neutral Evaluator program, a nonbinding mediation procedure enacted by the Florida Legislature in 2006. For more information about the program, please call the Department of Financial Services toll-free at 1-800-342-2762.

**Resolving Disputed Sinkhole Insurance Claims**

If your insurance company has denied a claim for loss or damage that you believe was caused by a sinkhole, the Florida Department of Financial Services is available to assist you through its Neutral Evaluator program. The resolution procedure, which involves the use of a state-certified Neutral Evaluator, is authorized through Florida Statute 627.7074.
Your insurance company is required to pay all costs associated with the Neutral Evaluator program.

**How does the Neutral Evaluator Program Work?**

The Neutral Evaluator program is a process in which a professional engineer or geologist serves as an objective third party to determine the existence, nature and scope of a sinkhole loss, as well as the nature, extent and cost of repair and remediation. The Neutral Evaluator will schedule an informal conference in which you and your insurance company representative may submit evidence, testimony or other information that could help the Neutral Evaluator reach his or her decision.

Neutral evaluation is mandatory if requested by you or your insurance company. The evaluation is nonbinding, and both parties retain their right to pursue legal action. The evaluator's written recommendation is admissible in any subsequent legal action or proceeding relating to the claim or to the cause of action giving rise to the claim.

You and your insurance company may settle the claim at any time during this procedure. If no agreement is reached, the Neutral Evaluator will file a report stating that in his or her opinion, the sinkhole loss has been verified or eliminated. If verified, the evaluator's report will include estimated costs for stabilizing the land and any covered structures or buildings and other appropriate remediation or structural repairs. Copies of the report will be sent to all parties involved in the neutral evaluation process, as well as the Florida Department of Financial Services.

If the Neutral Evaluator verifies the existence of a sinkhole, and if the estimated costs for loss and repair exceed the amount that the insurer has offered to pay the policyholder, the insurer must pay the policyholder up to $2500 in attorney fees if you hire an attorney to participate in the neutral evaluation process.

### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### MULTI-PERIL HOMEOWNERS PROGRAM
### SETTLING YOUR SINKHOLE CLAIM
#### Where to Find Help

**How Do I Request the Use of a Neutral Evaluator?**

Either you or your insurance company representative may initiate the use of a Neutral Evaluator. To request an evaluator, you may either fill out and mail the form printed on this notice or call the Florida's Department of Financial Services' toll free number at 1-800-342-2762. You may also fax a request to 1-850-488-6372.

**Then What?**

The Department of Financial Services will provide a list of certified Neutral Evaluators to both you and your insurance company. You and your insurer have 10 business days to mutually select a Neutral Evaluator. If you and your insurer can not agree on an evaluator within 10 business days, the Department of Financial Services will appoint one.
Once a Neutral Evaluator has been assigned, he or she has 5 business days to notify you and your insurance company of the date, time, and place of the initial neutral evaluation conference. The conference may be conducted by telephone if desired. The conference will be scheduled within 45 days upon receipt of the request.

You also have the right to request a Florida Department of Financial Services insurance specialist to assist you with your claim, but only if you are participating in the program without an attorney. The specialist's role will be to provide you with detailed information about the program's procedures, and to help you understand technical information concerning your claim. The specialist cannot give legal advice or act as an advocate for you.

FN1509 12 07                                    3

0079000000000012655517062              00003

### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### MULTI-PERIL HOMEOWNERS PROGRAM
### SETTLING YOUR SINKHOLE CLAIM
#### Where to Find Help

**Request For Neutral Evaluator**

Name_____

Address_____

Home Phone_____

Insured Property Address (if different) _____

Name of Insurance Company_____

Name of Insured Shown on Policy_____

Policy Number_____

Explain dispute fully in order of events (Use additional paper if necessary).

_____

_____

_____

_____

_____

_____

_____

_____

Signature_____

Date_____

**Please return with any documentation to:**
**Department of Financial Services**
Mediation Section
Bureau of Education, Advocacy and Research
200 E Gaines Street
Tallahassee, FL 32399-4212

**FN1509 12 07**                                         4

FN1686 FL 10 15

### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### MULTI-PERIL HOMEOWNERS PROGRAM
### LIMITED SECTION I HOME DAY CARE COVERAGE –
### NO COVERAGE FOR SECTION II

**THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION IN COVERAGE.**

A. "Business" as defined in the policy means:

1. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

2. Any other activity engaged in for money or other compensation, except the following:

   a. One or more activities:

      (1) Not described in b. through d. below; and

      (2) For which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

   b. Volunteer activities for which no money is received, other than payment for expenses incurred to perform the activity;

   c. Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

   d. The rendering of home day care services to a relative of an "insured".

B. If "you" or any other "insured" regularly provides  home day care services to a person or persons other than "you" or any other "insureds" as their trade, profession or occupation, that service is a "business."

C. If home day care services is not "your" or any other "insured's" given trade, profession or occupation but is an activity:

1. That "you" or any other "insured" engages in for money or other compensation; and

2. From which "you" or any other "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period.

   the home day care service and other activity will be considered a "business."

D. With respect to C. above, home day care service is only an example of an activity engaged in for money that may be a "business."  Any single activity or combination of activities:

1. Described in A.2. above; and

2. Engaged in for money by "you" or any other "insured";

   may be considered a "business" if the $2,000 threshold is exceeded.

E. With respect to A. through D. above, coverage does not apply to or is limited with respect to home day care service which is a "business."  For example, this policy:

1. Does not provide:

   a. Section II coverages.  This is because "your" "business" or the "business" of any other "insured" is excluded under Section II – Exclusions;

   b. Coverage, under Section I, for other structures from which any "business" is conducted; and

2. Limits Section I coverage, under Coverage C – Special Limits of Liability, for "business" property:
   a. On the "residence premises" for the home day care "business" to $2,500. This is because Coverage C – Special Limits of Liability imposes that limit on "business" property on the "residence premises;"
   b. Away from the "residence premises" for the home day care "business" to $1,500. This is because Coverage C – Special Limits of Liability imposes that limit on "business" property away from the "residence premises". This limit does not apply to antennas, tapes, wire, records, disks or other media that are:
      (1) Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and
      (2) In or upon a motor vehicle.

POLICY NUMBER: CP4012655                                    FN1739 SPC 10 15

## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## MULTI-PERIL HOMEOWNERS PROGRAM
## SINKHOLE LOSS COVERAGE DEDUCTIBLE - FLORIDA

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### SCHEDULE

| |
|---|
| Sinkhole Deductible:   10% |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**DEFINITIONS**

The following definitions are added:

1. "Sinkhole activity" means settlement or systematic weakening of the earth supporting the covered building. The settlement or systematic weakening must result from contemporaneous movement or raveling of soils, sediments or rock material into subterranean voids created by the effect of water on limestone or similar rock formations.

2. "Sinkhole loss" means "structural damage" to the "principal building" or foundation:

   a. Arising out of; or

   b. Caused by;

   "sinkhole activity".

**DEDUCTIBLE**

The following special deductible is added to the policy:

   **Sinkhole Deductible**

   With respect to the peril of Sinkhole, for any one loss, we will pay only that part of the total of all loss payable that exceeds the deductible shown in the schedule above.

   The deductible is determined by multiplying the Coverage A Limit of Liability shown in the Declarations by the percentage shown in the schedule above.

   This deductible does not apply to "Catastrophic Ground Cover Collapse" as defined in the policy.

All other provisions of this policy apply.

Contains copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 2012.

FN1739 SPC 10 15

00790000000000126551706Z                    00003

POLICY NUMBER:  CP4012655

FN1740 SPC 10 15

## STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
## MULTI-PERIL HOMEOWNERS PROGRAM
## LIMITATION ON COSMETIC AND AESTHETIC DAMAGE TO FLOORS - FLORIDA

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**Under SECTION I – PROPERTY COVERAGES, A. COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES, the following is added in Form HO 00 03:**

3.  Special Limit of Liability for Cosmetic or Aesthetic Damage to Floors

The total limit of liability for Coverages A and B combined is $ 10,000 per policy period for cosmetic and aesthetic damages to floors.

A.  Cosmetic or aesthetic damage includes but is not limited to:
1.  Chips
2.  Scratches
3.  Dents or any other damage

to less than 5% of the total floor surface area and does not prevent typical use of the floor.

B.  This limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.

C.  This limit does not increase the Coverage A or Coverage B limits of liability shown on the declaration page.

D.  This limit does not apply to cosmetic or aesthetic damage to floors caused by a Peril Insured Against as named and described under Coverage C - Personal Property.

(This is paragraph 4. Under COVERAGE B – OTHER STRUCTURES)

**Under SECTION I – PROPERTY COVERAGES, A. COVERAGE A – DWELLING, the following is added in Form HO 00 06:**

3.  Special Limit of Liability for Cosmetic or Aesthetic Damage to Floors

The total limit of liability for Coverage A is $ 10,000 per policy period for cosmetic and aesthetic damages to floors.

A.  Cosmetic or aesthetic damage includes but is not limited to:
1.  Chips
2.  Scratches
3.  Dents or any other damage

to less than 5% of the total floor surface area and does not prevent typical use of the floor.

B.  This limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.

C.  This limit does not increase the Coverage A limit of liability shown on the declaration page.

D.  This limit does not apply to cosmetic or aesthetic damage to floors caused by a Peril Insured Against as named and described under Coverage C - Personal Property.

All other provisions of the policy apply.

FN1740 SPC 10 15

FN1829 10 15

**STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**
**HO2011 MULTI-PERIL HOMEOWNERS PROGRAM**
**ADVISORY NOTICE TO POLICYHOLDERS – FLORIDA**
**HOMEOWNERS 6 – UNIT-OWNERS FORM**

**CAUTION:  NO COVERAGE IS PROVIDED BY THIS SUMMARY, NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY.  YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED.  IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Dear Policyholder,

The forms and endorsements made part of the renewal policy you have received differ from those in your former policy.  Some changes give you more coverage and some reduce coverage.  There are other changes that do not affect the level of coverage provided in your former policy.  They were made to help you better understand your policy.  This policyholders notice summarizes the major changes to your policy.  The major broadenings, reductions and other changes are highlighted below.

**I.  DEFINITIONS**
*Other Changes*
We have revised the definition of an insured to state that insureds under the policy, in part, include:
1.  Residents of your household under the age of 21; and
2.  Students enrolled in school full-time, as defined by the school, who were residents of your household before moving out to attend school, provided the students are under the age of 21.
who are in your care or the care of a *resident of your household who is your relative.*

**II.  SECTION I – PROPERTY COVERAGE**
*Broadening of Coverage*
We have increased the special limits for personal property away from the residence premises, and used primarily for business purposes, from $500 to $1,500.

*Reductions Of Coverage*
1.  We have limited coverage with respect to personal property located in a self-storage facility to 10% of the limit of Coverage C or $1,000, whichever is greater.
2.  We have introduced a $250 special limit for antennas, tapes, wires, records, disks or other media that are in or upon a motor vehicle and are used with electronic equipment that reproduces, receives or transmits audio, visual or data signals.

*Other Changes*
We have revised Section I – Additional Coverages, in part, to generally reinforce that collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.  Also, we have reinforced that this Additional Coverage applies to certain kinds of hidden decay and hidden insect or vermin damage *to a building or any part of a building.*

III. **SECTION I – PERILS INSURED AGAINST**
*Broadenings Of Coverage*
Previously, your policy provided coverage for theft that occurs off the residence premises with respect to property of an insured who is a student while at a residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss. We have increased the 60-day period to **90 days.**

IV. **SECTION I – EXCLUSIONS**
*Other Changes*
We revised the Earth Movement Exclusion to reinforce that, in general, the exclusion applies regardless of the cause, that is, earth movement damage caused by an act of nature or otherwise caused.

V. **SECTION I – CONDITIONS**
*Broadening Of Coverage*
1. We have revised the newly relocated Deductible provision, in part, to state that when two or more deductibles under the policy apply to the loss, only the highest deductible amount will apply.
2. Some of your property may be covered both by your policy, and your corporation or association of property owners' policy. We have changed the Other Insurance And Service Agreement Condition, in general, to expressly address the deductible of other insurance or a service agreement in the name of a corporation or association of property owners covering the same property covered by your policy.

*Other Changes*
We have revised the newly relocated Deductible provision, in part, to state that it applies "with respect to any one loss."

VI. **SECTION II – EXCLUSIONS**
*Broadenings Of Coverage*
1. We have revised the Motor Vehicle Liability Exclusion so that there may be coverage in certain circumstances when a motor vehicle is used solely to service a residence, instead of an insured's residence as previously provided under the policy.
   We have also revised the Motor Vehicle Liability Exclusion so that there may be coverage with respect to certain toy vehicles under specified limited circumstances.
2. We have revised the Expected Or Intended Injury Exclusion so that this exclusion does not apply with respect to property damage that results from the use of reasonable force by an insured to protect persons or property.
3. We have revised the Controlled Substance Exclusion so that the exclusion does not apply to the legitimate use of prescription drugs by a person following *"the lawful orders of a licensed health care professional"*, instead of *"the orders of a licensed physician"* as previously provided under the policy.

**REVISED OPTIONAL ENDORSEMENTS – BROADENINGS AND REDUCTIONS**

While most endorsements have been revised, the following endorsements have undergone changes that affect the level of coverage provided in the former editions. These endorsements do not apply to your policy if they do not appear on the back of the declarations page.

A. **HO 04 12, Increased Limits On Business Property**
This endorsement has been revised to increase the special limit of liability for business property away from the residence premises.

B. **HO 04 35, Supplemental Loss Assessment Coverage**
This endorsement provides additional amounts of loss assessment coverage, but the previous version contained a "special limit" of $1,000 when the assessment resulted from a deductible in a corporation or association of property owners' insurance policy. We have eliminated the $1,000 "special limit."

C. **HO 05 28, Owned Motorized Golf Cart Physical Loss Coverage**
The separate application of the deductible to each golf cart has been eliminated.

D. **HO 17 51, Unit-Owners Coverage C Special Coverage - Florida**
The previous version of this endorsement generally provided that we did not insure for loss to your personal property caused by birds, vermin, rodents or insects. We have revised the endorsement to remove "vermin" from this list. However, we have added language to the endorsement to generally provide that your policy does not insure for loss to your personal property caused by nesting or infestation, or discharge or release of waste products or secretions by *any* animals.

E. **HO 17 52, Unit-Owners Coverage A Special Coverage - Florida**
The previous version of this endorsement generally provided that we did not insure for loss to your dwelling or other structures caused by birds, vermin, rodents or insects. We have revised the endorsement to remove "vermin" from this list. However, we have added language to the endorsement to generally provide that your policy does not insure for loss to your dwelling or other structure caused by nesting or infestation, or discharge or release of waste products or secretions by *any* animals.

F. **HO 24 83, Personal Injury Coverage - Florida**
We have revised the definition of personal injury in this endorsement to reference "oral or written publication, *in any manner*". We added the words "in any manner" to address various types of publication, such as publication over the Internet.

HOMEOWNERS
HO 04 16 10 00

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or
automatic sprinkler system approved by us on the "residence
premises". You agree to maintain this system or systems, for
which we have granted a credit, in working order and to let us
know promptly of any change, including removal, made to the
system(s).

HO 04 16 10 00                   Copyright, Insurance Services Office, Inc.,  1999                   Page 1 of 1

**POLICY NUMBER: CP4012655**

**HOMEOWNERS**
HO 04 77 10 00

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW
# INCREASED AMOUNT OF COVERAGE

### SCHEDULE*

| |
|---|
| New Total Percentage Amount: |
| **SEE DECLARATIONS PAGE** |

*Entry may be left blank if shown elsewhere in this policy for this coverage.

**SECTION I - PROPERTY COVERAGES**
**ADDITIONAL COVERAGES**

**11. Ordinance Or Law**

The total limit of liability that applies:

a.  To Coverage A, or

b.  For Form HO 00 04, to Building Additions And Altera-tions;

is increased from 10% to the percentage amount shown in the Schedule above.

This is Additional Coverage 10. in Form HO 00 06.

All other provisions of this policy apply.

HO 04 77 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 1

HOMEOWNERS
HO 04 89 05 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL EXCLUSION – FLORIDA

**SECTION I – PERILS INSURED AGAINST**

In all forms, coverage for the peril of windstorm or hail, including windstorm during a hurricane, is deleted.

**SECTION I – EXCLUSIONS**

The following exclusion is added. In Forms HO 00 03 and HO 00 05, it is added to Paragraph A.:

**Windstorm Or Hail Or Windstorm During A Hurricane**

However, this exclusion does not apply to direct loss by fire or explosion resulting from windstorm or hail, including windstorm during a hurricane.

All other provisions of this policy apply.

HO 04 89 05 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 1

HOMEOWNERS
HO 23 66 01 06

# SPECIAL NOTICE – FLORIDA

The following notice is added:

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

0085000000000126551405b            00003

HOMEOWNERS
HO 23 70 05 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXTERIOR PAINT OR WATERPROOFING EXCLUSION – SEACOAST – FLORIDA

**Exclusion**

We will not pay for loss caused by windstorm or hail, including windstorm during a hurricane, to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of any building or structure covered under this policy, unless the building or structure to which such loss occurs also sustains other loss by windstorm or hail in the course of the same storm event. But such coverage applies only if windstorm or hail is a covered Peril Insured Against under Section I.

All other provisions of this policy apply.

HO 23 70 05 13                  © Insurance Services Office, Inc., 2012                  Page 1 of 1

00790000000000126551706Z                  00003

HOMEOWNERS<br>HO 24 83 05 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PERSONAL INJURY COVERAGE – FLORIDA

## DEFINITIONS

The following definition is added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

5. Oral or written publication, in any manner, of material that violates a person's right of privacy.

## SECTION II – LIABILITY COVERAGES

### A. Coverage E – Personal Liability

The following is added to Coverage E – Personal Liability:

**Personal Injury Coverage**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

## SECTION II – EXCLUSIONS

With respect to the coverage provided by this endorsement, Section II – Exclusions is replaced by the following:

This insurance does not apply to:

1. "Personal injury":

   a. Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

   b. Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

   c. Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   d. Arising out of a criminal act committed by or at the direction of an "insured";

   e. Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

   f. Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

   g. Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

007900000000001265517062          00003

This exclusion does not apply to:

(1) The rental or holding for rental of an "insured location":

    (a) On an occasional basis if used only as a residence;

    (b) In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

    (c) In part, as an office, school, studio or private garage; and

(2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

h. Arising out of civic or public activities performed for pay by an "insured";

i. To you or an "insured" as defined under Definition 5.a. or 5.b.;

This exclusion also applies to any claim made or suit brought against you or an "insured" to:

(1) Repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of "personal injury" to an "insured";

j. Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed; or

k. Arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria.

2. Any loss, cost or expense arising out of any:

a. Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants, "fungi", wet or dry rot, or bacteria; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants, "fungi", wet or dry rot, or bacteria.

## SECTION II – ADDITIONAL COVERAGES

With respect to the coverage provided by this endorsement, Paragraph D. Loss Assessment is replaced by the following:

### D. Loss Assessment

We will pay up to $1,000 for your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of "personal injury" not excluded under this endorsement.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of "personal injury".

## SECTION II – CONDITIONS

With respect to the coverage provided by this endorsement, Section II – Condition L. Policy Period does not apply and Conditions A. Limit Of Liability, B. Severability Of Insurance and C. Duties After "Occurrence" are replaced by the following:

### A. Limit Of Liability

Our total liability under Personal Injury Coverage for all damages resulting from any one offense will not be more than the Limit Of Liability shown in the Declarations for Coverage E. This limit is the same regardless of the number of "insureds", claims made or suits brought.

### B. Severability Of Insurance

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one offense.

### C. Duties After Offense

In the event of a covered offense, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

    a. The identity of the policy and "named insured";

    b. Reasonably available information on the time, place and circumstances of the offense; and

© Insurance Services Office, Inc., 2012

HO 24 83 05 13

c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the offense;

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

All other provisions of this policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SINKHOLE LOSS COVERAGE (UNIT-OWNERS) – FLORIDA

**DEFINITIONS**

The following definitions are added:

1. "Sinkhole activity" means settlement or systematic weakening of the earth supporting the covered building. The settlement or systematic weakening must result from contemporaneous movement or raveling of soils, sediments or rock material into subterranean voids created by the effect of water on limestone or similar rock formations.

2. "Sinkhole loss" means "structural damage" to the "principal building" or foundation:

   a. Arising out of; or

   b. Caused by;

   "sinkhole activity".

**SECTION I – PROPERTY COVERAGES**

The following is added:

**Sinkhole Loss Coverage**

We insure for:

1. Direct physical loss to the "principal building" covered under Section I caused by a "sinkhole loss". This includes costs incurred to:

   a. Stabilize the portion of the land and the "principal building"; and

   b. Repair the portion of the foundation;

   which are your insurance responsibility under a corporation or association of property owners agreement, in accordance with the recommendations of the professional engineer who verifies the presence of a "sinkhole loss" in compliance with Florida sinkhole testing standards and with notice to you; and

2. Direct physical loss to other property covered under Section I caused by "sinkhole activity", other than the "principal building". However:

   a. Coverage C; and

   b. The additional living expenses provided in Coverage D;

   apply only if there is "structural damage" to the "principal building" caused by a "sinkhole loss".

**SECTION I – EXCLUSIONS**

With respect to the coverage provided by this endorsement:

1. The Earth Movement Exclusion does not apply.

2. We do not insure for loss caused by "catastrophic ground cover collapse".

**SECTION I – CONDITIONS**

**C. Duties After Loss**

Paragraph 1. is replaced by the following:

1. Give prompt notice to us or our agent, except that notice of any initial, supplemental or reopened claim for "sinkhole loss" must be provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the "sinkhole loss". (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same "sinkhole loss" which we have previously adjusted pursuant to the initial claim.)

00790000000000126551706Z            00003

With respect to a loss to the "principal building" covered under Coverage A caused by a "sinkhole loss", the following paragraphs are added to the Loss Settlement Condition:

a. We will pay for the loss as follows:

(1) We will pay no more than the actual cash value of the damaged property, not including underpinning or grouting or any other repair technique performed below the existing foundation of the "principal building", until you enter into a contract for the performance of building stabilization or foundation repairs, in accordance with the recommendations of the professional engineer's report and within 90 days after we notify you with confirmation of coverage for the "sinkhole loss". If either you or we invoke the neutral evaluation process, the 90-day period begins anew 10 days after that process concludes. Once you enter into such contract, we will settle the loss as described in this condition and pay the amount necessary to begin and perform such repairs as work is performed and as expenses are incurred. The stabilization and all other repairs to the "principal building" must be completed within 12 months after entering into such contract for repairs, unless:

(a) There is a mutual agreement between you and us; or

(b) The claim is:

(i) Involved in neutral evaluation;

(ii) In litigation; or

(iii) Under mediation.

However, if the cost to repair or replace the damage is both:

(c) Less than 5% of the amount of insurance in this policy on the building; and

(d) Less than $2,500;

we will settle the loss as noted in this condition whether or not you have entered into a contract to perform the building stabilization or foundation repairs.

(2) If we deny your claim for "sinkhole loss" without performing testing as specified under Florida law, you may demand such testing by writing to us within 60 days after you receive our denial of the claim. You must pay the lesser of:

(a) 50% of the actual costs of the analyses and services we provide under Florida law; or

(b) $2,500.

However, if the professional engineer or geologist selected or approved by us provides written certification of a "sinkhole loss", we will reimburse you for the costs.

(3) If we:

(a) Receive written certification that there is no "sinkhole loss" or that the cause of damage was not "sinkhole activity" and determine that you submitted a claim for "sinkhole loss" without good faith grounds; and

(b) You requested the testing, analysis and services we provided as specified under Florida law after we informed you in writing of your potential liability for reimbursement and gave you the opportunity to withdraw the claim,

you must reimburse us for the lesser of:

(c) 50% of the actual costs of the analyses and services we provided as specified under Florida law; or

(d) $2,500.

(4) If the professional engineer selected or approved by us verifies a "sinkhole loss" but, before repairs have begun or expenses have been incurred, determines that the recommended repairs cannot be completed within the policy limits, we must either:

(a) Complete the recommended repairs; or

(b) Pay the policy limits.

© Insurance Services Office, Inc., 2012

HO 25 93 05 13

007900000000001265517062                    00003

(5) If the repairs have begun and the professional engineer selected or approved by us determines that the recommended repairs cannot be completed within the policy limits, we must either:

    (a) Complete the recommended repairs; or

    (b) Pay the policy limits without a reduction for the repair expenses incurred.

b. As a precondition to accepting payment for a "sinkhole loss", you must, at your own expense, file with the county clerk of the court a copy of any sinkhole report regarding the insured property that was:

    (1) Prepared on your behalf; or

    (2) Requested by you.

c. You may not accept a rebate from any person performing repairs for "sinkhole loss" covered under this endorsement. If you receive a rebate, no coverage is provided under this endorsement and you must refund the amount of the rebate to us.

With respect to coverage provided by this endorsement, Paragraph **F. Mediation Or Appraisal** is replaced by the following:

**F. Neutral Evaluation**

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for stabilizing the land and building and foundation repairs, or if we deny your claim, either party may file a request with the Florida Department of Financial Services (the Department) for neutral evaluation in accordance with the rules established by the Department. In this event, you and we shall mutually select a neutral evaluator from a list maintained by the Department. If you and we fail to agree on a neutral evaluator within 14 business days, the Department shall appoint a neutral evaluator. The neutral evaluator shall make reasonable efforts to hold the neutral evaluation conference within 90 days after the receipt of the request by the Department. The neutral evaluator must be allowed reasonable access to the property being evaluated. Before the evaluator's physical inspection of the property, he or she must be provided with any reports initiated by you or your agent confirming a "sinkhole loss" or disputing another sinkhole report. The recommendation of the neutral evaluator will not be binding on you or us.

We will pay the reasonable costs associated with the neutral evaluation.

With respect to the coverage provided by this endorsement, Paragraph **H. Suit Against Us** is replaced by the following:

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within five years after the date of loss, except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

All other provisions of this policy apply.

0079000000000012655170b2        00003

OIR-B1-1655 (REV. 2/10)

# NOTICE OF PREMIUM DISCOUNTS FOR HURRICANE LOSS MITIGATION
### *** Important Information ***
## About Your Homeowners Insurance Policy

03/10/2017

Dear Homeowner,

Hurricanes have caused tens of billions of dollars in insured damages and predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane-wind premium by installing mitigation features, you may also reduce the likelihood of out of pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

Sincerely,

Stillwater Insurance Company
Stillwater Property and Casualty Insurance Company

## What factors are considered in establishing my premium?

<u>Your location</u>: The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes the hurricane-wind premium higher than for similar homes in other areas of the state.

<u>Your policy</u>: Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

<u>Your deductible</u>: Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible depending on the actual value of your home. The larger your deductible, the lower your hurricane-wind premium, however, if you select a higher deductible your out-of-pocket expenses in the event of a hurricane claim will be higher.

<u>Improvements to your home</u>: The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. Discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

<u>Your maximum discount</u>: Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of  89%  .

0079000000000126551706Z                    00003

OIR-B1-1655 (REV. 2/10)

# NOTICE OF PREMIUM DISCOUNTS FOR HURRICANE LOSS MITIGATION
## *** Important Information ***
## About Your Homeowners Insurance Policy

**How can I take advantage of the discounts?**

Homeowners will need a  qualified inspector such as a general, building or residential contractor licensed under Section 489.111, Florida Statutes, or a  professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481-213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and  verify improvements. For a listing of individuals and/or Inspection Companies meeting these qualifications contact your Insurance Agent or insurance company.

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of N/A            which is part of your total annual premium of $ 1395.00          . Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed above are not cumulative.

*Wind mitigation credits apply to that portion of your premium that covers the peril of wind, whether or not a hurricane exists.

Homes built prior to the 2001 building code

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Roof Covering (i.e., shingles or tiles) <br> • Meets the Florida Building Code <br><br> • Reinforced Concrete Roof Deck* <br><br> * If this feature is installed on your home you most likely will not qualify for any other discount. | | |

0079000000000012655170b2                    00003

OIR-B1-1655 (REV. 2/10)

# NOTICE OF PREMIUM DISCOUNTS FOR HURRICANE LOSS MITIGATION
## *** Important Information ***
### About Your Homeowners Insurance Policy

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| **How Your Roof is Attached**<br>• Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood<br><br>• Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood<br><br>• Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | | |
| **Roof-to-Wall Connection**<br>• Using "Toe Nails" – defined as 3 nails are driven at an angle through the rafter and into the top roof<br><br>• Using Clips – defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud<br><br>• Using Single Wraps – a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss<br><br>• Using Double Wraps – straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | | |
| **Roof Shape**<br>• Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid)<br><br>• Other | | |

OIR-B1-1655 (REV. 2/10)

# NOTICE OF PREMIUM DISCOUNTS FOR HURRICANE LOSS MITIGATION
## *** Important Information ***
## About Your Homeowners Insurance Policy

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Secondary Water Resistance (SWR) <br> • SWR – defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off <br><br> • No SWR | | |
| Shutters <br> • None <br><br> • Intermediate Type – shutters that are strong enough to meet half the old Miami-Dade Building Code standards <br><br> • Hurricane Protection Type – shutters that are strong enough to meet the current Miami-Dade Building Code standards | | |

* Estimate is based on information currently on file and the actual amount may vary.

OIR-B1-1655 (REV. 2/10)

# NOTICE OF PREMIUM DISCOUNTS FOR HURRICANE LOSS MITIGATION
## *** Important Information ***
## About Your Homeowners Insurance Policy

Homes built under the 2001 building code or later

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is Reduced by: |
|---|---|---|
| Homes built under the 2001 Florida Building Code or later edition (also including the 1984 South Florida Building Code for homes in Miami-Dade and Broward Counties) are eligible for a 68% discount on the hurricane-wind portion of your premium. You may be eligible for a greater discount if other mitigation features are installed on your home. | 82% | $50.00 |
| Shutters<br>• None | 0% | $0 |
| • Intermediate Type – shutters that are strong enough to meet half the old Miami-Dade Building Code standards | 82% | $50.00 |
| • Hurricane Protection Type – shutters that are strong enough to meet the current Miami-Dade Building Code standards | 82% | $50.00 |
| Roof Shape<br>• Hip Roof – defined as your roof sloping down to meet all your outside walls (like a pyramid) | 85% | $52.00 |
| • Other | 82% | $50.00 |

* Estimate is based on information currently on file and the actual amount may vary.

Alternatively and regardless of the year of construction if you meet the minimum fixtures and constructions requirements of the 2001 Florida Building Code you have the option to reduce your hurricane-wind deductible from N/A to N/A .

If you have further questions about the construction techniques and features or other construction techniques and features that could result in a discount, please contact your insurance agent or our Customer Service Department at the toll free number listed on the front of your policy declarations page.

### DUVAL HOLDINGS, INC. GROUP OF COMPANIES PRIVACY STATEMENT
### STILLWATER INSURANCE COMPANY
### STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY
### STILLWATER INSURANCE SERVICES, INC.

This Privacy Statement explains our privacy practices, including how we use your non-public personal information ("Personal Information"), and to whom it is disclosed. We may amend this Privacy Statement from time to time consistent with applicable privacy laws.

Each affiliated company of the Duval Holdings, Inc. Group follows the privacy practices described in this Privacy Statement. Depending on the business they perform, these affiliates may also share information as described below.

**We may collect Personal Information about you from the following sources:**

- Information we receive from you on applications or other forms we receive from you or your authorized representative, such as your name, address, social security number, tax identification number, asset information and income information;

- Information about your transactions with us or the services being performed by, us, our affiliates or others, such as information concerning your policy, premiums, payment history, information about your home or other real property, information from lenders and other third parties involved in such a transaction, credit card numbers and payment histories;

- Information we receive from you through our internet web sites, such as your name, address, email address, Internet Protocol address, the web site links you used to get to our site(s) and the pages viewed while at our site(s); and

- Information we receive from consumer or other reporting agencies.

### Protection of the Confidentiality and Security of Your Personal Information

We maintain physical, electronic and procedural safeguards designed to protect your Personal Information from unauthorized access or intrusion. We limit access to the Personal Information to those employees who need such access in connection with providing products or services to you or for other legitimate business purposes.

### Sharing Of Personal Information

We do not disclose Personal Information about our customers or former customers to anyone, except as permitted by law. We do not share information we collect from consumer or credit reporting agencies with our affiliates or others without your consent unless such disclosure is otherwise permitted by law.

Consistent with applicable law, we may nevertheless provide all or some of the Personal Information described above (excluding information we receive from consumer or other credit reporting agencies) to the following individuals and companies:

- To our affiliates, such as insurance companies and agents, to provide you with services you have requested or as otherwise permitted under applicable law;
- to insurance agents, brokers, representatives, support organizations or others:
- to the extent necessary provide you with services you have requested, so long as the above entities and persons agree not to further disclose your Personal Information except to the extent necessary to carry out the requested service on your behalf;

- to enable us to detect or prevent criminal activity, fraud, material misrepresentation or nondisclosure in connection with an insurance transaction; and
- in connection with performing an insurance transaction for you;
- to third-party contractors or service providers for the purpose of determining your eligibility for an insurance benefit or payment and/or provide you with services you have requested; and
- to an insurance regulatory authority, or a law enforcement or other governmental authority.

**Sharing of Personal Information With Service Providers**

We may share some or all of the Personal Information (excluding information we receive from consumer or other credit reporting agencies) that we collect about you with nonaffiliated third parties to provide services or functions on our behalf pursuant to a contractual agreement prohibiting the third party from disclosing or using your Personal Information other than to carry out the purposes for which we disclosed the Personal Information. Such services may include the marketing of financial products or services offered pursuant to agreements between one or more financial institutions.

**Right to Opt Out of Information Sharing with Nonaffiliated Parties Other Than As Permitted By Law**

Under certain circumstance not applicable here, financial institutions are required to offer consumers the right to "opt out" of the sharing of Personal Information with nonaffiliated parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt out" opportunity does not apply to you.

**For Residents of California, New Mexico and Vermont: Your Authorization Is Required Prior To The Sharing of Your Information With Nonaffiliated Third Parties Other Than As Permitted By Law**

Under certain circumstances not applicable here, financial institutions are required to obtain your authorization (opt in) prior to sharing your Personal Information with nonaffiliated third parties, when such sharing of Personal Information is not authorized by law. Since we do not share your Personal Information with nonaffiliated third parties except as expressly permitted by law, this notice and "opt in" opportunity does not apply to you.

**Right to Access Your Personal Information and Ability To Correct Errors Or Request Changes Or Deletion**

As required by applicable law, we will afford you the right to access your Personal Information, under certain circumstances to find out to whom your Personal Information has been disclosed, and request correction or deletion of your Personal Information. Where permitted by law, we may charge a reasonable fee to cover the costs incurred in responding to such requests. All requests must be made in writing to the following address:

Privacy Compliance Officer
Duval Holdings, Inc.
P.O. Box 45126
Jacksonville, FL 32232-5126

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. _____

_____

DONALD JACOBS,

      Plaintiff,

vs.

ARMAND D. TOUBOUL and
DANIELLE N. TOUBOUL,

      Defendants.

_____/

## COMPLAINT

Plaintiff Donald Jacobs ("Jacobs") sues Defendants Armand D. Touboul and Danielle N.

Touboul, and alleges as follows:

## INTRODUCTION

This action arises from a malicious campaign of slander by the defendants, residents of

the Bal Harbour condominium known as Bellini, A Condominium ("Bellini Condominium"), to

intimidate a fellow resident, Donald Jacobs, to withdraw from participating in the management

of that community.

In late 2017, during the annual campaign for candidates for the Bellini Condominium

Board of Directors, Defendants made false statements about Mr. Jacobs to residents of the

Bellini Condominium in order to torpedo his candidacy and exclude him from participating in

the affairs of the condominium. Defendants disseminated false rumors claiming Mr. Jacobs was

anti-Semitic and that he had made disparaging anti-Semitic remarks about the Bellini

Condominium community at-large. These rumors included a false claim that Mr. Jacobs stated there were "too many Jews" at Bellini Condominium.

Accordingly, Mr. Jacobs seeks damages resulting from Defendants' vicious slander campaign, and injunctive relief to enjoin Defendants from continuing their unlawful conduct.

## PARTIES, VENUE, AND JURISDICTION

1.      Plaintiff Donald Jacobs is a private citizen and resident of Bal Harbour in Miami-Dade County, Florida and member of the Bellini Condominium Association, Inc. (the "Association"), a nonprofit corporation located in Miami-Dade County, Florida.

2.      Defendants Armand D. Touboul and Danielle N. Touboul are married residents of Bal Harbour in Miami-Dade County, Florida, and members of the Association.

3.      Defendant Danielle N. Touboul serves as President of the Association.

4.      All parties are residents of Bellini Condominium located at 10225 Collins Avenue, Bal Harbour, Florida 33154.

5.      Venue lies in this Court pursuant to Fla. Stat. § 47.011 because the cause of action accrued in this jurisdictional district, and because each of the parties resides in Miami-Dade County, Florida.

6.      This is an action for damages in excess of $15,000, excluding interest, costs, and attorney's fees.

7.      All conditions precedent to the maintenance of this action have been met, performed, waived, or otherwise satisfied.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

## FACTS

**Bellini Condominium**

8.      Bellini Condominium is an upscale private residential condominium community located at 10225 Collins Avenue in Bal Harbour, Florida. Bellini Condominium is comprised of one residential tower with eighty-one (81) units. The community includes the following amenities: ocean frontage, fitness center and spa, spa café, pool, gardens, and 24/7 concierge, valet, and security services.

9.      The residents of Bellini Condominium are represented by the Association.

10.     The affairs of The Association are governed by a Board of no less than three (3), and no more than nine (9) directors ("Board of Directors"). The Directors are elected at the annual members meeting. The term of each Director's service extends until the next annual members meeting.

11.     Each year, at the Board of Directors' first organizational meeting, the Board of Directors elect the executive officers of the Association—President, Vice-President, Treasurer, and Secretary.

**Mr. Jacobs' Participation in Bellini Condominium Association, Inc.**

12.     In 2006, Mr. Jacobs purchased two units at Bellini Condominium, Units 502  and 504.

13.     In 2017, Mr. Jacobs was elected to the Board of Directors. At the first organizational meeting of the Board of Directors, Mr. Jacobs was elected to serve as Treasurer.

14.     At that same meeting, Defendant Danielle. M. Touboul was re-elected to serve as President.

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

**The Slander Campaign**

15.     In November 2017, Mr. Jacobs began to campaign for re-election to continue to serve his community on the Board of Directors.

16.     As Mr. Jacobs was meeting and visiting with his neighbors in an effort to garner their support for re-election, Mr. Jacobs was informed that some false rumors had been spreading around the Bellini community.

17.     The rumors quickly spread as multiple residents reported to Mr. Jacobs that Defendants were disseminating false and slanderous statements about him:

> a. In late November 2017, one Bellini Condominium resident approached Mr. Jacobs on the beach behind Bellini Condominium and reported that Defendant Armand Touboul had stated Mr. Jacobs was an "anti-Semite" and alleged Mr. Jacobs had stated that there were "too many Jews" who lived at Bellini Condominium;

> b. Only days later, while Mr. Jacobs was sitting at the spa café, another Bellini Condominium resident (whom Mr. Jacobs barely knew) approached Mr. Jacobs, wagging their finger, warning Mr. Jacobs that he is making many Bellini Condominium residents upset. The resident explained that Defendant Armand Touboul had been spreading rumors that Mr. Jacobs was an "anti-Semite" and alleging Mr. Jacobs had stated there were "too many Jews" who lived at Bellini Condominium; and

> c. Shortly after the interactions identified above, Mr. Jacobs was notified that two other Bellini Condominium residents had reported to a mutual friend that Defendants were spreading false rumors about Mr. Jacobs, falsely claiming he is

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

an "anti-Semite" and alleging that he had stated there were "too many Jews" who

lived at Bellini Condominium.

18.     Over the course of the next several weeks, Defendants continued to make

statements to multiple Bellini Condominium residents claiming Mr. Jacobs was anti-Semitic and

accusing Mr. Jacobs of making anti-Semitic remarks about the Bellini community at-large with

the intended consequence of pitting Mr. Jacobs against Bellini Condominium's Jewish residents.

19.     The statements were intended to slander and impugn Mr. Jacobs' reputation in

order to torpedo his candidacy for the Board of Directors, and ultimately prevent him from

participating in the management of Bellini Condominium.

20.     The effects of these slanderous statements were disastrous. Not only did Mr.

Jacobs lose the election, but he and his family have experienced, and continue to experience,

shame and ridicule in their own community.

21.     Mr. Jacobs' reputation and standing in the Bellini Condominium community has

been damaged, especially among Bellini Condominium's Jewish residents.     Defendants'

slanderous statements were intended to inflict substantial and irreparable harm on Mr. Jacobs'

reputation.

## COUNT I – SLANDER AND SLANDER *PER SE*

22.     Mr. Jacobs incorporates by reference the allegations set forth in paragraphs 1

through 26 as if fully set forth herein.

23.     Defendants intentionally and maliciously made and disseminated false statements

about Mr. Jacobs to residents of the Bellini Condominium.

24.     Defendants made these statements with the full knowledge that these statements

and accusations are false, and with malicious intent to cause Mr. Jacobs grievous harm to try to

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

force him to cease his participation in the affairs of Bellini Condominium and Board of Directors.

25.     The false statements made about Mr. Jacobs were intended to bring Mr. Jacobs into ill repute and destroy confidence in his integrity.

26.     The false statements made about Mr. Jacobs are slanderous *per se*.

27.     Defendants made these false statements maliciously and oppressively, with actual malice, ill will, and intent to defame and injure Mr. Jacobs. The slanderous statements were calculated to inflict injury on Mr. Jacobs, to destroy his standing in the Bellini Condominium community, and to force him to acquiesce to the demands of Defendants. Thus, these slanderous statements constitute unconscionable and unjustifiable conduct.

28.     As a direct and proximate result of Defendants' slander, Mr. Jacobs has incurred, and continues to incur, damages, including *per se* injury to reputation, pecuniary loss, and mental suffering in an amount to be determined at trial.

## COUNT II – CIVIL CONSPIRACY

29.     Mr. Jacobs incorporates by reference the allegations set forth in paragraphs 1 through 28 as if fully set forth herein.

30.     As part of the wrongful acts described above, each of the defendants knowingly, falsely and intentionally agreed to participate in a conspiracy to harm Mr. Jacobs, and each maliciously carried out one or more overt acts in the slander campaign, as described herein. Accordingly, each Defendant is legally responsible and culpable for the unlawful and tortious conduct of each other co-conspirator carried out in the furtherance of the conspiracy, each such act being reasonably foreseeable by each other co-conspirator.

31.    In participating in and furtherance of the conspiracy, each Defendant/co-conspirator inflicted actual damages on Mr. Jacobs as described herein.

## COUNT III – INJUNCTIVE RELIEF

32.    Mr. Jacobs incorporates by reference the allegations set forth in paragraphs 1 through 31 as if fully set forth herein.

33.    In the absence of equitable relief enjoining Defendants from resuming their slander campaign, and specifically enjoining Defendants from making and publishing the false statements concerning Mr. Jacobs that are demonstrated in this action to be slanderous, Mr. Jacobs will continue to suffer irreparable harm, including *per se* injury to his reputation for which there is no adequate remedy at law.

34.    Such injunctive relief poses no undue burden or harm to Defendants given that the conduct of Defendants has been carried out with the sole and unlawful purpose of inflicting injury on Mr. Jacobs in an extortionate scheme to overcome his will and force him to withdraw from the affairs at Bellini Condominium.

35.    Such relief, moreover, is no broader than reasonably necessary to remedy the defendants' unlawful and unconscionable conduct.

## PRAYER FOR RELIEF

**WHEREFORE,** Mr. Jacobs demands judgement against Defendants awarding him:

a. On Counts I and II, compensatory damages in an amount to be determined at trial, together with interest, costs of suit, and attorney's fees;

b. On Count III, injunctive relief, permanently enjoining Defendants from continuing the tortious conduct demonstrated in this action; and,

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone 305-371-6421 • Fax 305-371-6322 • www.RoyBlack.com

c.   Such other and further relief as this Court may deem just and proper.

Plaintiff reserves the right to seek to amend this Complaint to add claims for punitive

damages.

## DEMAND FOR JURY TRIAL

Mr. Jacobs hereby demands a trial by jury for all issues so triable.

Dated: May 31, 2018

Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel:   (305) 371-6421
Fax:   (305) 371-6322

By: /s/ Frank Sardinha, III
      Jared Lopez, Esq.
      Florida Bar No. 103616
      Frank Sardinha, III, Esq.
      Florida Bar No. 109572
      JLopez@royblack.com
      FSardinha@royblack.com
      civilpleadings@royblack.com

*Counsel for Donald Jacobs*

**Stillwater Property & Casualty Ins. Co.**
PO Box 45126
Jacksonville, FL  32232-5126
Toll Free: (800) 220-1351 x 8419 - Phone: (402) 599-8419
Fax: (800) 491-7683
Dane.Spurgeon@StillwaterInsurance.com
Stillwater.com

**STILLWATER**
PROPERTY & CASUALTY
INSURANCE COMPANY

July 27, 2018

ARMAND TOUBOUL
DANIELLE N TOUBOUL
10225 COLLINS AVE, #702
MIAMI BEACH, FL  33154-1402

**Certified & Regular Mail**
Also via email to:
Armand atouboul@otdsa.com

RE:   Insured:         Armand Touboul and Danielle N Touboul
      Date of Loss:    11/14/2017
      Policy No.:      CP4012655
      Case #:          2018-018313-CA-01
      Plaintiff:       Donald Jacobs

Dear Mr. & Mrs. Touboul:

Please allow this correspondence to serve as a response to your loss notice of July 18, 2018 with which you requested that Stillwater Property and Casualty Insurance Company ("Stillwater") defend and indemnify Armand and Danielle Touboul in the action brought against you both by Donald Jacobs.

For the reasons set forth below, Stillwater will accept the tender of the defense of Armand and Danielle Touboul in this action with a reservation of rights.

## FACTS

Armand Touboul and Danielle N Touboul have a policy of homeowners insurance through Stillwater Insurance Company with effective dates of March 10, 2017 to March 10, 2018.

The Complaint states facts and allegations over 35 paragraphs. According to the Complaint, In 2017 Ms. Danielle M. Touboul was re-elected to serve as the President of the condo association. Also, in 2017, the Plaintiff, Mr. Jacobs, was elected to serve as the Treasurer. In November 2017, Mr. Jacobs began to campaign for re-election to the Board of Directors to continue serving as the Treasurer. Thereafter, Mr. Jacobs was advised by residents of the condominium that Armand Touboul was saying that Mr. Jacobs was an "anti-Semitic" and that Mr. Jacobs stated there were "too many Jews" in the condominiums.

Regarding the possible damages caused, the Complaint alleges that "The statements were intended to slander and impugn Mr. Jacobs' reputation in order to torpedo his candidacy for the Board of Directors, and ultimately prevent him from participating in the

Armand Touboul
Danielle N Touboul
July 27, 2018
Page 2

management of Bellini Condominium." Additionally, the Complaint alleges, "Mr. Jacobs' reputation and standing in the Bellini Condominium community has been damaged, especially among Bellini Condominium's Jewish residents. Defendants' slanderous statements were intended to inflict substantial and irreparable harm on Mr. Jacobs' reputation."

## RELEVANT POLICY PROVISIONS

The policy in question which has effective dates of March 10, 2017 to March 10, 2018, names both Armand Touboul and Danielle N Touboul as insureds.

The policy provides for liability coverage as follows:

> If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:
>
> 1. Pay up to our limit of liability for the damages for which an "insured" is legally liable.  Damages include prejudgment interest awarded against an "insured"; and
>
> 2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent.  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

(Please see Policy at Page 14 of 21; HO 00 06 05 11).

The **EXCLUSIONS** portion of the Policy provides that:

> Coverage E and F do not apply to the following:
>
> 1. Expected Or Intended Injury
>
>    "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage";
>
>    a. Is of a different kind, quality or degree than initially expected or intended; or
>
>    b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

Armand Touboul
Danielle N Touboul
July 27, 2018
Page 3

(Please see Policy at Page 15 of 19).

Furthermore, the Policy contains a **Personal Injury Endorsement** which adds the following to the above-referenced Liability Section of the Policy:

**Personal Injury Coverage**

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will;

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable.  Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent.  We may investigate and settle a claim or suit that we decide is appropriate.  Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

The Endorsement defines personal injury as follows:

"Personal injury" means injury arising out of one or more of the following offenses; but only if the offense was committed during the policy period:…

4. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

5. Oral or written publication, in any manner, of material that violates a person's right of privacy

The Personal Injury Endorsement also contains an Exclusion Section which provides that:

Insurance does not apply to:

1. "Personal injury";

   a. Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";
   b. Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

Armand Touboul
Danielle N Touboul
July 27, 2018
Page 4

    c.  Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period; …

    g.  Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

(Please see Personal Injury Endorsement to Policy at Page 1 of 3, HO 24 83 05 13).

The DEFINITIONS Section of the main Policy defines the following relevant terms as follows:

    "Business" means:

    a.  A trade, profession or occupation engaged in on a full-time, part-time or occasional basis: or

    b.  Any other activity engaged in for money or other compensation…

## ANALYSIS

As stated above, the main allegation against Armand Touboul is for slander related to comments he allegedly made about Donald Jacobs.  There is some question as to the context under which these statements were made. Furthermore, Armand Touboul denies that any statements actually made concerning Donald Jacobs were false or malicious. If it is found that Armand Touboul made the statements alleged by the Plaintiff in the Complaint and that Armand Touboul made these statements with knowledge of their falsity and/or in connection with a business and/or that he did so with the knowledge that the act would violate the rights of Donald Jacobs and would inflict "personal injury", then the exclusion(s) will apply.

## RESERVATION OF RIGHTS

Based upon the foregoing Policy provisions and upon Florida law, Stillwater will accept the tender of defense of Armand Touboul and Danielle N Touboul against this lawsuit, although under a reservation of rights. Specifically, Stillwater is reserving its right to: (1) withdraw from Armand Touboul's and Danielle N Touboul's defense at a later time if circumstances warrant; (2) deny contribution to any settlement or judgment; (3) seek reimbursement of any sums which Stillwater may pay in defense, settlement or satisfaction of judgment; and (4) file a declaratory relief action in order to obtain a judicial determination of its rights and obligations under the subject policy.

Armand Touboul
Danielle N Touboul
July 27, 2018
Page 5


Please be aware this letter sets forth Stillwater's position based on the facts as presently understood by Stillwater.  Stillwater expressly reserves the right to supplement this letter at any future point should new and/or different facts be brought to Stillwater's attention. By this letter, Stillwater does not intend to waive any coverage defenses which it may have.

As you know, Stillwater has retained the law firm of Cooney Trybus Kwavnick Peets to defend Armand Touboul and Danielle N Touboul against Donald Jacob's complaint. Cooney Trybus Kwavnick Peets has been retained for the sole purpose of defending Armand Touboul and Danielle N Touboul in the pending litigation and will not have any involvement in coverage issues.  They may be reached at 1600 W. Commercial Blvd., Suite 200 | Fort Lauderdale, FL 33309.  Their phone number is 954.568.6669.

If you have any question, please contact me at the telephone number or e-mail address cited above.

Sincerely,

Dane Spurgeon
Litigation Specialist
Omaha Claims Office
Stillwater Property & Casualty Ins. Co.


CC:      Nathaniel Touboul at nathaniel.touboul@gmail.com

         Bruce Trybus at btrybus@ctkplaw.com